**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christopher J. Kondon (SBN 172339)
christopher.kondon@klgates.com
Saman M. Rejali (SBN 274517)
saman.rejali@klgates.com
Jonathan D. Kintzele (SBN 316482)
jonathan.kintzele@klgates.com

Attorneys for Defendants Shasta
Beverages, Inc., National Bevpak, and
National Beverage Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GARCIA, VERONICA CERDA, on behalf of themselves and other similarly situated non-exempt former and current employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA BEVERAGES, INC., NATIONAL BEVPAK, National Beverage Corp., and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:19-cv-07798-PA-AFM<br><br>**DECLARATION OF ROMY COLLIE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:  March 23, 2020<br>Time:  1:30 p.m.<br>Crtrm:  7A<br><br>[Assigned for all purposes to the Hon. Percy Anderson] |

1

## <u>DECLARATION OF ROMY COLLIE</u>

I, Romy Collie, declare as follows:

1.     I am currently employed by Shasta Beverages ("Shasta").  I am over the age of 18, and unless otherwise stated, I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so.  I make this declaration in support of Defendants' Opposition to Plaintiff Amber Garcia's ("Plaintiff") Motion for Class Certification.

2.     I hold the position of Office Manager for Shasta's La Mirada plant.  In this capacity, my job duties include responsibility for all office operations at the La Mirada and Buena Park facilities, including managing payroll and timekeeping matters.  I have been employed in this position since October 2018.  From March 2013 through March 2018, I was the Office Coordinator of the La Mirada plant.  From March 2018 through October 2018, I was the Manufacturing Coordinator of the La Mirada plant.  Throughout my time at Shasta, I have been responsible for the La Mirada and Buena Park plants' timekeeping and pay practices.  By virtue of my tenure, positions held and experience, I am readily familiar with Shasta's timekeeping and pay practices.

3.     Shasta operates three plants in California:  La Mirada, Buena Park, and Hayward.

4.     The La Mirada and Buena Park plants currently employ 139 hourly employees.

5.     The La Mirada plant has several different departments, including production, maintenance, quality control, shipping and office workers.

6.     The Buena Park location is a warehouse, and employ only warehouse/shipping workers.

7.     Attached hereto as Exhibit A are true and correct copies of relevant portions of the Employee Handbook applicable to the California plants.

DECLARATION OF ROMY COLLIE IN SUPPORT OF OPPOSITION TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

8.      Attached hereto as Exhibit B are true and correct copies of samples of worker schedules that are regularly posted at the La Mirada facility near the time clock.

9.      The Hayward plant has approximately 88 hourly employees.

10.     The Hayward plant's workforce is unionized and governed by a Collective Bargaining Agreement between Teamsters Local Union No. 896 and Shasta Beverages, Inc. that has been in effect since September 1, 2017 (the "CBA"). Of the approximately 88 hourly employees at the Hayward plant, 12 are not covered by the CBA. Attached as hereto as Exhibit C is a true and correct copy of the CBA.

11.     I have worked at the La Mirada plant throughout Amber Garcia's employment with National Beverage/Shasta, and was the person most directly responsible for her timekeeping and payroll during her employment.

12.     Amber Garcia never complained to me that she had been unable to timely take uninterrupted 30-minute meal breaks. She never complained to me that she had not been able to take a rest break, or that she had not been properly paid for all hours worked. She never complained to me that she was not properly paid for her overtime work. She never complained to me that she reported for a scheduled shift, but was sent home due to a lack of work without getting paid.

13.     I have worked at the La Mirada plant throughout Veronica Cerda's employment with National Beverage/Shasta, and was the person most directly responsible for her timekeeping and payroll during her employment.

14.     Veronica Cerda never complained to me that she had been unable to timely take uninterrupted 30-minute meal breaks. She never complained to me that she had not been able to take a rest break, or that she had not been properly paid for all hours worked. She never complained to me that she was not properly paid for her overtime work. She never complained to me that she reported for a scheduled shift, but was sent home due to a lack of work without getting paid.

3

15.    During my time working at the La Mirada plant, the Company has never had any policy or practice of altering, moving, manipulating, reducing or eliminating overtime hours worked (or any other hours worked).

16.    In my capacity as the Office Manager, I review all timecards in connection with the processing of Company payroll.  If managers or supervisors were making edits to employee time punches and thereby reducing or eliminating overtime hours worked, the timekeeping system would have shown those alterations to me. Had there been any such alterations by managers or supervisors, I would have required an explanation for why the time punch was being altered.  I observed no pattern of any such activity throughout the time that I have been reviewing time records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of March, 2020, in La Mirada, California.

_____
Romy Collie

4

DECLARATION OF ROMY COLLIE IN SUPPORT OF OPPOSITION TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# EXHIBIT A



**Welcome to**

**National BevPak**

**A Division of Shasta Beverages, Inc.**

ID #:323

**Shasta**®

# Welcome to

## National BevPak

### A Division of Shasta Beverages, Inc.

- *Your Company*
- *Your Job*
- *Your Benefits*
- *Employee Safety and Conduct*
- *Employment Policies*
- *Communication*
- *Working With You*

The policies and procedures set forth in this handbook are intended to comply with all applicable state and federal laws.  Nothing in this handbook is intended to guarantee any term of employment or specific benefit to any employee for any period of time. The Company reserves the right to alter or modify any of the guidelines, policies or procedures described in this handbook at its discretion. These guidelines, policies or procedures should not be construed to change the basic employment-at-will relationship between the Company and each of its employees nor should they be construed to create a contract of employment between the Company and any of its employees.

# CONTENTS

I  Your Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
   A.  History of Shasta Beverages . . . . . . . . . . . . . . . . . . . . . . . .8
   B.  Company Mission Statement . . . . . . . . . . . . . . . . . . . . . . . . .9

II.  Your Job  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
   A.  What is Expected of You  . . . . . . . . . . . . . . . . . . . . . . . . . . .12
   B.  Employment Categories . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
       Probationary Period . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
       Regular Full-Time Employees  . . . . . . . . . . . . . . . . . . .13
       Part-Time Employees  . . . . . . . . . . . . . . . . . . . . . . . . .13
       Temporary Employees . . . . . . . . . . . . . . . . . . . . . . . . .13
   C.  Continuous Company Service . . . . . . . . . . . . . . . . . . . . . . . .13
       Definitions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
       Determination of Continuous Company Service  . . . . .13
       Loss of Continuous Company Service  . . . . . . . . . . . .14
          Resignation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
          Voluntary Absence of More Than Three Days  . . . .14
          Termination  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
          Layoff of More Than Twelve Months . . . . . . . . . . .14
          Failure to Report to Work After Notice of Recall . . .14
          Overstaying a Leave of Absence  . . . . . . . . . . . . .14
   D.  Hours of Work  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
       Work Week  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
       Daily Schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
       Starting Time  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
       Meals and Breaks  . . . . . . . . . . . . . . . . . . . . . . . . . . .15
       Exchanging Shifts  . . . . . . . . . . . . . . . . . . . . . . . . . . .15
       Permission to Leave Work During Working Hours  . . .16
   E.  Job Opportunities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
   F.  Compensation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
       Pay Increases  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
       Payday . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
       Definition of Pay Status . . . . . . . . . . . . . . . . . . . . . . . .17
       Time Card/Time Sheet Procedures . . . . . . . . . . . . . . .17
       Use of Time Cards . . . . . . . . . . . . . . . . . . . . . . . . . . .17
       Use of Time Sheets . . . . . . . . . . . . . . . . . . . . . . . . . .17
       Use of Exception Time Reports . . . . . . . . . . . . . . . . . .18
       Breaks  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
       Payroll Checks  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
       Paycheck Deductions  . . . . . . . . . . . . . . . . . . . . . . . .19
       Shift Premium  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
       Show-up Pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

G.  Overtime ..................................... .19
    Continuing Work ........................... .19
    Scheduled Overtime ......................... .20
    Payment of Overtime ......................... .20
    Holiday Pay ................................. .20
H.  Layoff ...................................... .20
    Notice of Layoff ............................ .21
    Recall ..................................... .21
I.  Resignations ................................. .21
J.  Final Paycheck ............................... .21

III. Your Benefits ..................................... .23
A.  Health and Other Insurance Programs ............... .24
    Waiting Period ............................. .24
    Medical Plan .............................. .24
    Dental Plan ............................... .24
    Life and Accidental Death and
    Dismemberment Insurance ..................... .24
    Short and Long Term Disability .................. .25
    Employee Assistance Program (EAP) ............. .25
B.  National Beverage Investment and Profit Sharing Plan  . . .25
    Profit Sharing .............................. .25
    Employee Savings (401(k)) ..................... .25
C.  Social Security, Medicare and Unemployment Benefits  . .26
    Social Security and Medicare ................... .26
    Unemployment Insurance ...................... .26
D.  Sick Pay ..................................... .26
E.  Extended Disability Benefits
   (Non-Occupational Injury or Illness) ................ .27
    Follow Up Responsibilities ...................... .27
F.  Occupational Injury or Illness ...................... .27
    Reporting Injuries ............................ .28
    Workers' Compensation ........................ .28
    Follow Up Responsibilities ...................... .28
    Return to Work Following Job-Related Injury or Illness  . .28
    Restricted Duty ............................. .28
G.  Continuation of Benefits .......................... .29
    Medical Disability ........................... .29
    Personal or Family Medical Leave ................ .29
    Temporary Layoff ............................ .29
    Termination ................................ .30
    Return to Work and Re-enrollment of Benefits ...... .30
H.  Holidays ..................................... .30
I.  Vacation ..................................... .30

J.   Leaves of Absence  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
     Bereavement Leave  . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
     Personal or Family Medical Leave ("FMLA") . . . . . . . .32
     Marriage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
     Training for Members of the Reserves or
         National Guard  . . . . . . . . . . . . . . . . . . . . . . . . . . .33
     Military Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
     Jury Duty  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
     Election Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
K.   Educational Assistance  . . . . . . . . . . . . . . . . . . . . . . . . . .34

IV.  Employee Safety and Conduct  . . . . . . . . . . . . . . . . . . . . . . .37
A.   Safety   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
B.   Guidelines for Employee Conduct . . . . . . . . . . . . . . . . . . . .38
C.   Smoke Free Work Environment . . . . . . . . . . . . . . . . . . . . . .38

V.   Employment Policies  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
A.   Open Door Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
B.   Equal Employment Opportunity . . . . . . . . . . . . . . . . . . . . . .42
C.   Harassment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
D.   Drug and Alcohol Testing . . . . . . . . . . . . . . . . . . . . . . . . . . .43
E.   Corrective Action  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
     Corrective Action—General Guidelines . . . . . . . . . . . .43
F.   No Solicitation/No Distribution . . . . . . . . . . . . . . . . . . . . . . .44
G.   Moonlighting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
H.   Employment of Relatives . . . . . . . . . . . . . . . . . . . . . . . . . . .44
I.   Electronic Communication and Social Media  . . . . . . . . . .45
J.   Personal Property  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
K.   Uniform Policy  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45

VI.  Communication  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
A.   Let's Talk it Over  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
B.   Bulletin Boards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
C.   Employee Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
D.   Change of Employee Information  . . . . . . . . . . . . . . . . . . . .49

VII. Working With You . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
A.   Teamwork . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52

     Appendix Index  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53
     Alphabetical Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .84

# *Your Company*

- *History of Shasta Beverages*
- *Company Mission Statement*

# A. HISTORY OF SHASTA BEVERAGES

National BevPak (the "Company"), a division of Shasta Beverages, Inc., boasts a rich history. In 1889, a lumberjack came upon a hot spring of naturally carbonated water near the base of Mount Shasta in Northern California and soon after the *Shasta Mineral Springs Company* was born. Popularity of Shasta's bottled spring water spread throughout the Pacific states and eventually production facilities were established in Seattle and San Francisco.

In 1928, Shasta produced one of the first lines of flavored drinks in the West and years later virtually introduced diet flavors and canned soft drinks to America. Always an innovator, Shasta was the first national soft drink company to ship directly from its facilities to grocery warehouses, offering grocers a brand with broader margins and more flexible pricing structures. In 1947, Shasta pioneered the use of steel cans for packaging soft drinks. In 1979, Shasta reformulated its regular product line with a corn-derived fructose sweetener instead of sucrose (refined sugar) and blends, providing a more stable domestic supply.

In 1985, Shasta Beverages, Inc. was acquired by National Beverage Corp. and a spirit of entrepreneurship was introduced to the Company, a spirit of challenge to move into a stronger, more prominent position in the beverage industry. Today, National Beverage Corp. is a premier beverage company, producing hundreds of flavors in multiple facilities throughout the United States.

National Beverage welcomes you to our family of companies. We hope your journey with *Team National* is as satisfying as our broad array of products is to our loyal customers.

# B. COMPANY MISSION STATEMENT

The Company's fundamental mission is to safely, efficiently and consistently produce and deliver a quality beverage to our broad customer base and to our loyal consumers.

Our team is committed to grow the Company through profound dedication to producing a quality beverage at a reasonable price, by employing innovative techniques, by treating our fellow team members with respect and courtesy and by continually striving to achieve higher standards.

Vital to earning customer respect is the pride that each team member reflects in their personal work ethic. Pride is the product of a winning spirit. It is a fragile quality that encompasses an individual's self-esteem, personal confidence and enthusiasm about the future of our Company. The quality of each of our beverages is a direct reflection of the pride of every person involved in its production. Your proud spirit and belief in yourself and your Company is the key to success.

We believe our success is derived from the competency, creativity, teamwork, initiative and integrity of our employees. Together we have a tremendous opportunity to continue building Shasta's success in the beverage industry.



# *Your Job*

- *What Is Expected of You*
- *Employment Categories*
- *Continuous Company Service*
- *Hours of Work*
- *Job Opportunities*
- *Compensation*
- *Overtime*
- *Layoff*
- *Resignations*
- *Final Paycheck*

# A. WHAT IS EXPECTED OF YOU

The Company has hired you to do a job. In turn, we expect you to perform conscientiously and trust that you will take pride in doing your job well. As an employee, you are expected to:

- Work together effectively to build a stronger, more competitive Company in which we can all take pride
- Apply your full skill and effort to your assigned tasks
- Maintain a good attendance record. You should report to work each day on time and be at your work station by the time your shift starts
- Cooperate with your fellow employees, supervisors and customers
- Understand and follow all policies and procedures
- Make suggestions to your supervisor for improving production efficiencies
- Develop a loyalty to the Company as we work together
- Work in a manner that provides your fellow employees with a safe environment

# B. EMPLOYMENT CATEGORIES

In order to determine eligibility for various benefits, the following employment categories have been established:

### *Probationary Period*
Every new employee will have a probationary period consisting of the first 90 calendar days of continuous employment.

If the new employee is judged by the Company not to be acceptable for continued employment for any reason during the probationary period, he/she may be terminated.

During the probationary period, an employee will not accumulate company service. After satisfactory completion of the probationary period, however, the employee's continuous service date will date back to the first day of work.

Should a probationary employee be laid off before completing the probationary period, he/she will have no recall rights. If the employee is rehired and returns to work within 90 calendar days of being laid off, the employee will be permitted to continue the probationary period. Upon satisfactory completion of theprobationary period, the employee's continuous service date will be the employee's first day of employment.

### *Regular Full-Time Employees*

Employees who successfully complete their probationary period and are scheduled to work full-time (40 hours per week) in an established position are regular full-time employees. For purposes of benefits eligibility, to participate in our group health program, a minimum of 30 hours worked per week is required.

### *Part-Time Employees*

Employees engaged in limited employment requiring less than 30 hours per week are part-time employees.

### *Temporary Employees*

Employees employed in a job that will not exceed a specific period of time or for the duration of a specific project or group of assignments are temporary employees.

## C. CONTINUOUS COMPANY SERVICE

### *Definition*

Continuous Company Service refers to the unbroken and uninterrupted time period that the employee has worked for the Company. It gives the employee certain consideration when decisions must be made in the areas of promotion, reduction-in-force and determination of eligibility for various benefits.

Continuous Company Service includes all active employment for which a wage or salary was paid. In some instances applicable laws may require certain excused absences or approved leaves to be included when calculating continuous Company Service.

### *Determination of Continuous Company Service*

Continuous Company Service is determined by a specific date. In most cases, this date is the date of original employment with the Company. If service is broken through resignation or an extended layoff of more than 12 months, the new service date becomes the last date on which the employee was hired following the break in continuous service.

### *Loss of Continuous Company Service*

The following actions will result in a loss of, or break in, Continuous Company Service:

- **Resignation**

  Resignation by an employee will constitute a break in continuous service.

- **Voluntary Absence of More Than Three Days**

  An employee who is absent without prior approval of the Company and does not call into work for three (3) consecutive days, will be considered a voluntary resignation (job abandonment). If you must be absent, you must be sure to notify your supervisor or Plant Manager prior to the start of your scheduled shift. If notification is later than the third day of the absence, you will lose your service date and have a break in continuous service and may not be eligible for re-hire.

- **Termination**

  Termination of employment by the Company will result in a break in continuous service.

- **Layoff of More Than Twelve Months**

  Employees who have completed their probationary period at time of layoff may retain their service for no more than 12 months while on layoff.

- **Failure to Report to Work After Notice of Recall**

  Notices of recall from layoff will be made by telephone or via the U.S. Postal Service (certified mail, return receipt requested). Such notices will be made to the last telephone number or address that you provided to the Company. You are required to provide your location with a current address and telephone number where you may be reached to respond to a recall. After receipt of a recall notice, you have three (3) work days to respond. Failure to respond within three (3) work days will cause a loss of the recall opportunity and continuous service. If for any reason you cannot report for work immediately when you receive a notice of recall, you should contact your Plant Manager as quickly as possible to determine what arrangements can be made.

- **Overstaying a Leave of Absence**

  Failure to report for work within three (3) work days of the scheduled return date from a leave of absence or other violations of the terms of the leave will cause a loss of continuous service and will be considered a voluntary resignation.

# D. HOURS OF WORK

### Work Week

The work week for employees is 40 hours worked within any consecutive seven-day period. Normally, the work week shall begin on Sunday and ends at midnight on Saturday, but there may be times when a plant is scheduled for a4, 10 hour days. Nothing in this handbook should be construed as a guarantee of a minimum or maximum number of workdays or working hours. Please refer to schedules posted at your location.

### Daily Schedule

Plant Production Work Schedules will be posted weekly on the employee bulletin board. It is your responsibility to check the bulletin board to determine the hours of work for the following week.

The Company may set special hours in some departments because of critical operational needs or to ensure quantity and quality of product.

### Starting Time

Employees are expected to be at their work place or workstation at the start of their shift or day's work and, except for authorized breaks and lunch periods, are required to remain there until the end of their shift or until relieved. Please refer to posted schedules.

### Meals and Breaks

Employee lounges are located at each plant location. Employees are entirely relieved from duty during meal and break periods and should not eat at their workstations or perform any work during these periods. Employees should be prepared to resume work promptly at the end of their scheduled meal or break period. Please refer to posted schedules.

### Exchanging Shifts

Employees may not exchange shifts with another employee without the prior authorization of the Plant Manager. Approval to exchange shifts cannot be granted unless the exchange can be accomplished without interfering with the Company's operations and without requiring overtime.

*Permission to Leave During Work Hours*

If it becomes necessary for you to leave your department or the Company's premises during working hours, permission must be obtained from the Plant Manager or their designee prior to leaving the premises. Employees who leave the premises for personal business must punch out when they leave and punch in again when returning.

# E. JOB OPPORTUNITIES

Open positions within the hourly wage structure may be posted on the bulletin board to encourage the application of interested employees. The most qualified employees will be given preference when filling vacancies within the organization. Your past performance, attendance, qualifications and job experience are important factors that will be considered in your selection for promotion or job transfer. Where these factors are deemed relatively equal among two or more qualified employees, Continuous Company Service will also be considered.

# F. COMPENSATION

The Company strives to maintain a compensation and benefits program which is competitive to market factors in the industry and to trends in the geographic area of each location.

*Pay Increases*

All regular full-time employees are eligible for an annual salary increase. Increases are always at the sole discretion of the Company and may or may not be awarded in any given year.

Exempt and non-exempt salaried employees may receive a formal annual performance evaluation annually. Any wage increase, if granted, will be based on the Company's performance, the employee's performance and the current state of the industry and economy at the time.

*Payday*

Hourly and some non-exempt salaried employees are normally paid weekly on Friday for work performed during the previous payroll period. Exempt salaried and some non-exempt salaried employees will be paid bi-weekly on Friday for work performed during the previous two weeks.

### *Definition of Pay Status*

- ### *Exempt Salaried*
  Employees in professional, executive or administrative positions which are exempt from the overtime requirements of the federal Fair Labor Standards Act and any applicable state laws.
- ### *Non-exempt Salaried*
  Employees in clerical or other positions which are not exempt from the overtime requirements of the Fair Labor Standards Act and any applicable state laws.
- ### *Hourly*
  Employees in maintenance, production, warehouse, shipping and quality control positions will be classified as non-exempt hourly employees and will be entitled to overtime compensation.

### *Time Card/Time Sheet Procedures*

### *Use of Time Cards*
It is the policy of the Company that all non-exempt hourly employees punch in and out at their regularly scheduled starting and ending time. In no event shall an employee punch in to work earlier than five (5) minutes prior to the start of their shift or punch out later than five (5) minutes following completion of their shift unless specifically authorized by your supervisor or Plant Manager. All employees should be aware when they are to punch in and out and are advised that it is important to comply with this requirement and that failure to do so may result in disciplinary action up to and including termination. All time cards must be signed by the employee and appropriate supervisor or Plant Manager prior to submitting to Payroll. No time card is valid without both signatures. You and your supervisor must initial any manual changes made to your time card. Employees are not authorized to punch time cards for other employees and doing so will result in disciplinary action up to and including termination.

### *Use of Time Sheets*
It is the Company's policy that all non-exempt (non-hourly) employees using time sheets record their time accurately and diligently and observe the same requirements of employees using time cards. The five (5) minute punch in requirement, as discussed in the section above, and the starting and ending time should closely adhere to the actual starting and ending shift times.

<u>Prior to being submitted to Payroll, the employee and appropriate supervisor or Plant Manager must sign all time sheets. No time sheet is valid without both signatures.</u>

### *Use of Exception Time Reports*

It is the Company's policy that all exempt employees are required to complete a "Bi-Weekly Exempt Exception Time Report" for each bi-weekly period. Before submitting the report to the Payroll Department, the employee and appropriate supervisor or Plant Manager, must sign all exception reports. No exception report is valid without both signatures.

### *Breaks*

The Company provides its employees with two paid breaks in the standard workday (one in the morning and one in the afternoon) and a 30 minute unpaid lunch break during a normal work shift. (Note: For length and scheduling of breaks consult with your supervisor.) If an employee is required to work or be on call through their lunch period, they must be paid at their regular rate for the lunch period and at the overtime rate if they have met the overtime requirements for weekly work (or daily overtime requirements where applicable). On such occasions the employee should note "no lunch" on the timecard. The supervisor then should initial the card/sheet for that period worked. It is the supervisor's responsibility to insure that the employee records the prescribed lunch breaks by insuring the employee punches out and back in, or writes the time in, if using a time sheet, for the lunch period. This procedure is to substantiate that the lunch break was taken as required.

Please note that the Company deducts a half-hour lunch if not specified on the timecard and the employee did not punch in or out for lunch.

If an employee is required to work three (3) or more hours in excess of the normal scheduled shift in a workday, they shall receive an additional break after two (2) hours of work beyond the end of their normal shift.

### *Payroll Checks*

The hourly or non-exempt salaried payroll checks cover work performed in the previous payroll period, including overtime. Time worked is recorded daily and the payroll checks are processed according to documented payroll records and time cards.

Employees leaving the Company will be paid for all hours worked as well as any earned and accrued vacation in accordance with applicable state law.

### Paycheck Deductions

Federal/State laws require the following deductions from paychecks:

- Federal withholding tax
- State withholding tax (where applicable)
- Local taxes (where applicable)
- Social Security and Medicare taxes up to the required annual amount
- Wage garnishments (if applicable)

Other deductions may be made from your paycheck with your written authorization, including:

- Insurance and benefit premium contributions for you or your dependents' coverage
- Payments due to the Company for goods or services requested and received by you
- Voluntary transfers or deposits made on your behalf such as 401(k) contrubutions

### Shift Premium

All hourly employees will be paid any applicable shift premium for the shift on which the majority of their work was performed.

### Show-up Pay

If you are an hourly employee and report to work on a regularly scheduled workday without receiving prior notice of a shutdown (e.g., severe weather conditions, power or equipment failure), you will be provided with alternative work activities for at least four (4) hours of work at regular pay.

# G. OVERTIME

### Continuing Work

If you are performing an assignment which requires work beyond your normally scheduled hours, you are expected to work the necessary time to complete the assignment.

All hours worked beyond your normally scheduled hours must have the prior approval of the appropriate supervisor or Plant Manager.

### *Scheduled Overtime*

Overtime should be scheduled as far in advance as possible. If the assignment has not been started prior to the conclusion of a shift, overtime will be offered to the most senior qualified employee.

### *Payment of Overtime*

Unless otherwise specified by state law, non-exempt salaried and hourly employees will be paid overtime at one and one-half their base hourly rate ("time and one half") for all hours worked in excess of 40 hours per week. Hours worked refers only to actual hours worked, not paid hours. This excludes any vacation, sick leave, jury duty or any other paid or unpaid leave.

### *Holiday Pay*

For the purpose of calculating overtime, employees who work in excess of 32 hours and receive holiday pay of eight (8) hours during the same week will be paid at a rate of time and one half their regular hourly rate for all hours worked in excess of 32 hours that week.

Employees who work in excess of 24 hours and receive holiday pay of 16 hours during the same week will be paid at a rate of time and one half their regular hourly rate for all hours worked in excess of 24 hours that week.

Employees required to work on a holiday will be paid time and one half for all hours worked on the holiday but such time is not "double counted".

## H. LAYOFF

A layoff is the discontinuance of employment for any period of time when work is not available. If it is possible to determine the approximate time and conditions under which you will return to work at the time of layoff, you will be advised.

Should it become necessary to layoff a regular employee due to lack of work, the layoff will be made according to the employee's skills and Continuous Company Service, provided employees eligible for reassignment to avoid layoff are qualified to do the available work. It shall be at the sole discretion of the Company to determine whether or not an employee is qualified to perform the available work.

*Notice of Layoff*

Except for emergencies, such as equipment breakdown and events such as national emergencies, bad weather or other acts of God that are outside of the Company's control, a regular employee who is to be laid off for more than one week due to lack of work will be given advance notice whenever possible.

*Recall*

An opportunity to be recalled from layoff will be available to all qualified regular employees for a period of 12 months from date of layoff. Recall will be offered based upon seniority and qualifications and is at the Company's sole discretion.

# I. RESIGNATIONS

If you find it necessary to resign, you are requested to give advance notice in writing to your supervisor, specifying the last day you will be at work. This date will be considered the effective date of your resignation. It is expected that a regular employee will give two weeks advance notice prior to the effective date of a resignation.

# J. FINAL PAYCHECK

Unless applicable state law requires earlier payment, employees will receive their final paycheck on the next scheduled pay date following their termination date. Company property, such as keys, tools, Company-issued uniforms and equipment, must be returned by each employee no later than their last day of work. If an employee fails to return Company property, the Company may consider the employee's decision to retain Company property to be theft and will make every attempt to recoup the property or its monetary value from the former employee.

Monies owed to the Company by an employee for any reason will be deducted, within applicable law, from their final paycheck and vacation pay (if needed) in order to satisfy any amounts due and owing. If these deductions still do not satisfy the amount due, the Company may take legal action to recover any additional amounts due.



# EXHIBIT B

## MAINTENANCE SCHEDULE

| REV. 2/29/2020 | Week of >> 03/01/20 | 03/01/20 Sunday | 03/02/20 Monday | 03/03/20 Tuesday | 03/04/20 Wednesday | 03/05/20 Thursday | 03/06/20 Friday | 03/07/20 Saturday | Hours | Lunch Time |
|---|---|---|---|---|---|---|---|---|---|---|
| **Associate** | | | | | | | | | | |
| **Day** | | | | | | | | | | |
| Alyssa Garcia | | Off | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | Off | 40 | |
| John Cline | | Off | 2200-0630 | Off | Off | Off | Off | Off | | |
| Scott Dykstra | | Off | Off | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 40 | |
| | | | | | | | | | | |
| Paul Ibarra | | Off | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 48 | |
| Joel Amaya | | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | Off | 48 | |
| Edgar Escobar | | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | Off | 0500-1330 | 48 | |
| Michael Esquer | | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | Off | 0500-1330 | 0500-1330 | 48 | |
| Adrian Cota | | 0500-1330 | 0500-1330 | 0500-1330 | Off | 0500-1330 | 0500-1330 | 0500-1330 | 48 | |
| Braulio Rosa | | Off | 0300-1130 | 0300-1130 | 0300-1130 | 0300-1130 | 0300-1130 | 0300-1130 | 48 | |
| Jimmy Merrel | | Off | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 48 | |
| OPEN | | Off | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | 0500-1330 | | |
| | | 2200-0630 | 2200-0630 | 2200-0630 | 2200-0630 | 2200-0630 | Off | Off | | |
| **Swing** | | | | | | | | | | |
| Ysidro Aguirre | | 0800-1630 | 1300-2130 | 1300-2130 | 1300-2130 | 1300-2130 | 1300-2130 | 0800-1630 | 48 | |
| Leonard Miller | | 0800-1630 | 1300-2130 | 1300-2130 | 1300-2130 | 1300-2130 | Off | 0800-1630 | 48 | |
| Jhonny Neder | | Off | 1300-2130 | 1300-2130 | 1300-2130 | 1300-2130 | 1300-2130 | 0800-1630 | 48 | |
| Michael Marinez | | 0800-1630 | 1300-2130 | 1300-2130 | Off | 1300-2130 | 1300-2130 | 0800-1630 | 48 | |
| Leobardo Galvez | | 0800-1630 | 1000-1830 | 1000-1830 | 1000-1830 | Off | 1000-1830 | 1000-1830 | 48 | |
| OPEN | | 0600-1430 | 0600-1430 | 0600-1430 | Off | Off | 0600-1430 | 0600-1430 | | |
| OPEN | | 0600-1430 | 0600-1430 | 0600-1430 | Off | Off | 0600-1430 | 0600-1430 | | |
| | | 0600-1430 | 0600-1430 | 0600-1430 | 0600-1430 | 0600-1430 | Off | Off | | |
| **Nights** | | | | | | | | | | |
| Jorge Sanchez | | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | Off | 48 | |
| Mike Mosqueda | | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | Off | 48 | |
| Gabriel Burciaga | | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | Off | 48 | |
| Larry Carlin | | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | Off | 48 | |
| OPEN | | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | 2100-0530 | Off | 48 | |
| OPEN | | 1400-2230 | 1400-2230 | 1400-2230 | 1400-2230 | 1400-2230 | Off | Off | | |

Provide a purpose/reason to Human Resources to obtain a copy of the schedule.
*No change to schedule without Maintenance Manager or Supervisor written approval.*

| | |
|---|---|
| Total hours scheduled | 896 |
| Total straight-time hours scheduled | 688 |
| Total over-time hours scheduled | 208 |
| Total over-time hours available | -139 |

# MAN POWER SHEET
### 27 Production / 1 Rainbow / 1 Yard

**WEEK ENDING 02-28-2020**

**DAYSHIFT**  *SUNDAY*  **START TIME 4:30am 8 Hrs.**  **28 PEOPLE**

*RYAN 3:30AM TO 9:30AM*

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 2 LITER |
|---|---|---|---|---|
| LEADS : | HECTOR | NOE | | |
| | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | |

| | | | | |
|---|---|---|---|---|
| DEPALL : | JOE | NO CAN GAPS | CHRIS R | |
| | 3:30am | | 3:15am START | |
| UN WRAPF | | | Un Wrapper Breaks 3 Can Depall | |

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| | | | |
|---|---|---|---|
| FILLERS : | ARTHUR | ALEX | |
| PACKERS : | NICK | ERIC | |
| PACKERS : | TONY | MASON - 3:30am | |

| | |
|---|---|
| LABELER | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* |

| | | |
|---|---|---|
| PALLETIZ | STEVE W | CHRIS R - Start - 3:30am Start  STEVE W  4:30am |

| | | |
|---|---|---|
| FULL GO( | STEVE M | 4:00am START - EFRIN |

**Drivers Breaks Each other / HELP keep Place NEAT**

EMPTIES

**KEEP LINES CLEAR AND SET UP - ORGANIZE**

Gab  Driver

ON LINE V  RANDY - JESUS - BEN - TOM - ANTHONY - MARIO

**YARD MAN:**  YARD - 6 S AND ORDANIZE

| | | |
|---|---|---|
| **Mon** | JR MED - BLAKE VAC | |
| **Tues** | JR MED | |
| **Wed** | JR MED | *OLIVER OFF* |
| **Thurs** | JR MED | |
| **FRI** | JR MED | |
| **SAT** | JR MED | |

## WE WILL BE RUNNING A, B (days only)  AND VP (3shifts) ON SUNDAY

**27 Production / 1 Rainbow / 1 Yard**   WEEK ENDING 02-29-2020

**DAYSHIFT**   _MONDAY_   **START TIME 4:30am 8 Hrs.**   28 PEOPLE

_MR HASKELL_

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 2 LITER |
|---|---|---|---|---|
| LEADS : | HECTOR | NOE | TOM H | MS. BROOKS |
| | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |

| | | | | |
|---|---|---|---|---|
| DEPALL : | NICK | NO CAN GAPS | ANTHONY | JOE |
| | 3:30am | | 3:15am START | |
| UN WRAPPE | CHRIS R | Un Wrapper Breaks 3 Can Depall | | CHRIS R |

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| | | | | |
|---|---|---|---|---|
| FILLERS : | MARIO | ALEX | AUTHER | MARIA |
| PACKERS : | | MATEO | | |
| PACKERS : | TONY - 3:15am | MASON - 3:30am | Freddy - 3:30am | RANDY |

| | | | |
|---|---|---|---|
| LABELER | _FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP_ | | JESUS |

| | | |
|---|---|---|
| PALLETIZ | STEVE W | CHRIS R - Start - 3:30am Start  STEVE W  4:30am |

| | | | |
|---|---|---|---|
| FULL GO( | STEVE M | 4:00am START - GAB  / ERIC | ERIC |

**Drivers Breaks Each other / HELP keep Place NEAT**

| | |
|---|---|
| EMPTIES | JOHN N -  --3:30am START |

**KEEP LINES CLEAR AND SET UP - ORGANIZE**

Victor -

| | | | | |
|---|---|---|---|---|
| ON LINE V | 6 TEMPS | | _EFRIN  YARD -_ | |
| | | | YARD MAN: | YARD - 6 S AND ORDANIZE |
| Sun | TOM SICK - ERIC OFF - | | | |
| Mon | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | | | |
| Tues | JR MED - MANNY V VAC - GAB VAC - MASON MED | | | |
| Wed | JR MED - GAB ? MASON MED | | | _OLIVER OFF_ |
| Thurs | JR MED - MASON MED | | | |
| FRI | JR MED - OSCAR VAC - DANNY P VAC | | | |
| SAT | JR MED - SAM C OFF - JUAN B PARTY | | | |

_INVENTORY THIS SAT - KEEP AREA CLEAN - ALWAYS LOOK FOR SOMETHING WRONG BEFORE IT BREAKS DOWN_

**27 Production / 1 Rainbow / 1 Yard**          *WEEK ENDING 02-29-2020*

| DAYSHIFT | *TUESDAY* | **START TIME 4:30am 8 Hrs.** | **28 PEOPLE** |
|---|---|---|---|

*MR HASKELL*

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 2 LITEI |
|---|---|---|---|---|
| LEADS : | HECTOR | NOE | TOM H | MS. BROOKS |
| | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |

| DEPALL : | NICK | NO CAN GAPS | ANTHONY | JOE |
|---|---|---|---|---|
| | 3:30am | | 3:15am START | |

| UN WRAPPE | CHRIS R | Un Wrapper Breaks 3 Can Depall | | CHRIS R |
|---|---|---|---|---|

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| FILLERS : | MARIO | ALEX | AUTHER | MARIA |
|---|---|---|---|---|

| PACKERS : | | MATEO | | |
|---|---|---|---|---|
| PACKERS : | TONY - 3:15am | MASON - 3:30am | Freddy - 3:30am | RANDY |

| LABELER | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | | | JESUS |
|---|---|---|---|---|

| PALLETIZ | STEVE W | CHRIS R - Start - 3:30am Start  STEVE W   4:30am | | |
|---|---|---|---|---|

| FULL GO( | STEVE M | 4:00am START - GAB   / ERIC | | ERIC |
|---|---|---|---|---|

**Drivers Breaks Each other / HELP keep Place NEAT**

| EMPTIES | JOHN N -  --3:30am START |
|---|---|

**KEEP LINES CLEAR AND SET UP - ORGANIZE**

Victor -

| ON LINE V | 6 TEMPS | | *EFRIN YARD -* |
|---|---|---|---|
| | | YARD MAN: | YARD - 6 S AND ORDANIZE |

| Sun | TOM SICK - ERIC OFF - : |
|---|---|
| Mon | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED |
| Tues | JR MED - MANNY V VAC - GAB VAC - MASON MED |
| Wed | JR MED - GAB ? MASON MED                    *OLIVER OFF* |
| Thurs | JR MED - MASON MED |
| FRI | JR MED - OSCAR VAC - DANNY P VAC |
| SAT | JR MED - SAM C OFF - JUAN B PARTY |

TO HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 40
HRS THEN 20 THEN 48 HRS - REST OF LINES 20 HRS PER

## MAN POWER SHEET

**27 Production / 1 Rainbow / 1 Yard**

*WEEK ENDING 02-29-2020*

DAYSHIFT __WEDNESDAY__   START TIME 4:30am 10 Hrs.

**28 PEOPLE**

*MR HASKELL*

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 2 LITE |
|---|---|---|---|---|
| LEADS : | ANDREW | NOE | TOM H | MS. BROOKS |
| | 3:00am to 3:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |

| | | | | |
|---|---|---|---|---|
| DEPALL : | NICK | NO CAN GAPS | ANTHONY | JOE |
| | 3:00am | | 3:15am START | |
| UN WRAPE | CHRIS R | | Un Wrapper Breaks 3 Can Depall | CHRIS R |

SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD

| | | | | |
|---|---|---|---|---|
| FILLERS : | MARIO | ALEX -3:30am | AUTHER | MARIA |
| | 3:00am Start | | | |
| PACKERS : | HECTOR - 3:00am Start | | | |
| PACKERS : | TONY - 4:15am | MATEO | Freddy - 3:30am | RANDY |
| LABELER | | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | | JESUS |
| PALLETIZ | STEVE W | CHRIS R - Start - 3:30am Start   STEVE W   4:30am | | |
| FULL GO( | STEVE M | 4:00am START - GAB   / ERIC | | ERIC |

Drivers Breaks Each other / HELP keep Place NEAT

| | | | |
|---|---|---|---|
| EMPTIES | | JOHN N -  --3:30am START | |

KEEP LINES CLEAR AND SET UP - ORGANIZE

Victor -

| ON LINE V | 6 TEMPS | | | EFRIN YARD - |
|---|---|---|---|---|
| | Sun | TOM SICK - ERIC OFF - | YARD MAN: | YARD - 6 S AND ORDANIZE |
| | Mon | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | | |
| | Tues | JR MED - MANNY V VAC - GAB VAC - MASON MED - ANTHONY SICK | | |
| | Wed | JR MED - GAB ? MASON MED | | *OLIVER OFF* |
| | Thurs | JR MED - MASON MED | | |
| | FRI | JR MED - OSCAR VAC - DANNY P VAC | | |
| | SAT | JR MED - SAM C OFF - JUAN B PARTY | | |

TO HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 48
HRS THEN 20 THEN 48 HRS - REST OF LINES 20 HRS PER

## MAN POWER SHEET

**27 Production / 1 Rainbow / 1 Yard**          *WEEK ENDING 02-29-2020*

**DAYSHIFT** **THURSDAY**    **START TIME 4:30am 10 Hrs.**          **28 PEOPLE**

*MR HASKELL*

| A Can Line | B Can Line | C Can Line | BOTTLE LINE 2 LITE |
|---|---|---|---|
| **ANDREW** | **NOE** | **TOM H** | **MS. BROOKS** |
| 3:00am to 3:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |

**LEADS :**

| | | | |
|---|---|---|---|
| **DEPALL :** NICK | **NO CAN GAPS** | **MATEO** | **JOE** |
| 3:00am | | 3:15am START | |

| **UN WRAPPE** | **CHRIS R** | Un Wrapper Breaks 3 Can Depall | **CHRIS R** |

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| **FILLERS :** | HECTOR - 3:15am | ALEX -3:30am | AUTHER | MARIA |

**PACKERS :**

- - - - - - - -        - - - - - - - -        - - - - - - - - -

| **PACKERS :** | TONY | MARIO | Freddy - 3:30am | RANDY |

| **LABELER** | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | | JESUS |

| **PALLETIZ** | STEVE W | CHRIS R - Start - 3:30am Start  STEVE W   4:30am | |

| **FULL GOO** | STEVE M | 4:00am START - GAB   / ERIC | ERIC |

**Drivers Breaks Each other / HELP keep Place NEAT**

| **EMPTIES** | JOHN N -  --3:30am START | |

**KEEP LINES CLEAR AND SET UP - ORGANIZE**

Victor -

| **ON LINE V** | **6 TEMPS** | | *EFRIN  YARD -* |
|---|---|---|---|

**YARD MAN:**    **YARD - 6 S AND ORDANIZE**

| Day | | |
|---|---|---|
| **Sun** | TOM SICK - ERIC OFF - | |
| **Mon** | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | |
| **Tues** | JR MED - MANNY V VAC - GAB VAC - MASON MED - ANTHONY SICK - STEVEN W SICK | |
| **Wed** | JR MED - GAB ? MASON MED - JOHN N SICK - STEVEN W SICK | *OLIVER OFF* |
| **Thurs** | JR MED - MASON MED | |
| **FRI** | JR MED - OSCAR VAC - DANNY P VAC - ALEX VAC | |
| **SAT** | JR MED - SAM C OFF - JUAN B PARTY | |

*TO HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 40 HRS THEN 20 THEN 48 HRS - REST OF LINES 20 HRS PER*

## MAN POWER SHEET

**27 Production / 1 Rainbow / 1 Yard**   *WEEK ENDING 02-29-2020*

**DAYSHIFT** **FRIDAY** **START TIME 4:30am 10 Hrs.**   **28 PEOPLE**

*MR HASKELL*

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 2 LITER |
|---|---|---|---|---|
| LEADS : | ANDREW | NOE | TOM H | MS. BROOKS |
| | 3:00am to 3:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |

| | | | | |
|---|---|---|---|---|
| DEPALL : | NICK | NO CAN GAPS | RANDY | JOE |
| | 3:00am | | 3:15am START | |
| UN WRAPPER | CHRIS R | | Un Wrapper Breaks 3 Can Depall | CHRIS R |

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| | | | | |
|---|---|---|---|---|
| FILLERS : | HECTOR - 3:15am | MATEO | AUTHER | MARIA |
| PACKERS : | | | | |
| PACKERS : | TONY | MARIO - 3:30am | Freddy - 3:30am | JOHN H |
| LABELER | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | | | CHRIS R |
| PALLETIZ | STEVE W | CHRIS R - Start - 3:30am Start  STEVE W   4:30am | | |
| FULL GOODS | STEVE M | 4:00am START - GAB  / ERIC | | ERIC |

**Drivers Breaks Each other / HELP keep Place NEAT**

| | | |
|---|---|---|
| EMPTIES | JOHN N -  --3:30am START | |

**KEEP LINES CLEAR AND SET UP - ORGANIZE**

Victor -

| ON LINE V | 6 TEMPS | | EFRIN  YARD - |
|---|---|---|---|
| | | YARD MAN: | YARD - 6 S AND ORDANIZE |

| | |
|---|---|
| **Sun** | TOM SICK - ERIC OFF - |
| **Mon** | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED |
| **Tues** | JR MED - MANNY V VAC - GAB VAC - MASON MED - ANTHONY SICK - STEVEN W SICK |
| **Wed** | JR MED - GAB ? MASON MED - JOHN N SICK - STEVEN W SICK - JOHN N SICK   *OLIVER OFF* |
| **Thurs** | JR MED - MASON MED - JOHN H SICK - ANTHONY OFF - JOHN N SICK |
| **FRI** | JR MED - OSCAR VAC - DANNY P VAC - ALEX VAC - ANTHONY OFF - JOHN H SICK |
| **SAT** | JR MED - SAM C OFF - JUAN B PARTY |

## 10 HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 48

## MAN POWER SHEET

**24 Production / 1 Rainbow / 1 Yard**

**WEEK ENDING 03-07-2020**

**DAYSHIFT  MONDAY   START TIME 4:30am 8 Hrs.**   **28 PEOPLE**

*MR HASKELL*

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 24oz |
|---|---|---|---|---|
| LEADS: | ANDREW | NOE | FREDDY | MS. BROOKS |
| | 3:00am to 3:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |
| DEPALL: | NICK | NO CAN GAPS | RANDY | JOE |
| | 3:00am | | 3:15am START | |
| UN WRAPPE | CHRIS R | | Un Wrapper Breaks 3 Can Depall | CHRIS R |

SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE |
|---|---|---|---|---|
| FILLERS: | HECTOR - 3:15am | MATEO | AUTHER | MARIA |
| PACKERS: | | MASON | | |
| PACKERS: | TONY | MARIO - 3:30am | ALEX - 3:30am | JOHN H |
| LABELER | | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | | JESUS P |
| PALLETIZ | STEVE W | CHRIS R - Start - 3:30am Start  STEVE W  4:30am | | |
| FULL GO | STEVE M | 4:00am START - GAB   / ERIC | | ERIC |

Drivers Breaks Each other / HELP keep Place NEAT

| EMPTIES | JOHN N - --3:30am START |
|---|---|

KEEP LINES CLEAR AND SET UP - ORGANIZE

Victor -

ON LINE V  6 TEMPS                *EFRIN  YARD -*

YARD MAN:   YARD - 6 S AND ORDANIZE

| | |
|---|---|
| Sun | |
| Mon | JR MED - TOM VAC - ANTHONY OUT - FREDDY OUT - JACOB L OFF |
| Tues | JR MED - TOM VAC - ANTHONY OUT - MARIO OUT (sick) |
| Wed | JR MED - ANTHONY OUT - JOE VAC - GAB OFF    *OLIVER OFF* |
| Thurs | JR MED - JOE VAC |
| FRI | JR MED - MS BROOKS OUT - JESUS P OUT - GILBERT OUT - JOE VAC |
| SAT | JR MED - |

## PLEASE KEEP YOUR AREA CLEAN - DON'T LEAVE A MESS

**MAN POWER SHEET**

24 Production / 1 Rainbow /  1 Yard

*WEEK ENDING 03-07-2020*

| DAYSHIFT | *TUESDAY* | START TIME 4:30am 8 Hrs. | 28 PEOPLE |
|---|---|---|---|

*MR HASKELL*

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 24oz |
|---|---|---|---|---|
| LEADS : | ANDREW | NOE | FREDDY | MS. BROOKS |
| | 3:00am to 3:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |

| DEPALL : | NICK | NO CAN GAPS | RANDY | JOE |
|---|---|---|---|---|
| | 3:00am | | 3:15am START | |

| UN WRAPPE | CHRIS R | | Un Wrapper Breaks 3 Can Depall | CHRIS R |
|---|---|---|---|---|

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| FILLERS : | HECTOR - 3:15am | ALEX -3:30am | AUTHER | MARIA |
|---|---|---|---|---|
| PACKERS : | | | TONY | |
| PACKERS : | MARIO | ERIC | MATEO - 3:30am | JOHN H |

| LABELER | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | | | JESUS P |
|---|---|---|---|---|

| PALLETIZ | STEVE W | | CHRIS R - Start - 3:30am Start  STEVE W   4:30am | |
|---|---|---|---|---|

| FULL GOO | STEVE M | | 4:00am START - GAB | |
|---|---|---|---|---|

**Drivers Breaks Each other / HELP keep Place NEAT**

| EMPTIES | | JOHN N -  --3:30am START | |
|---|---|---|---|

**KEEP LINES CLEAR AND SET UP - ORGANIZE**

Victor -

| ON LINE V | 6 TEMPS | | *EFRIN  YARD -* |
|---|---|---|---|
| | | YARD MAN: | YARD - 6 S AND ORDANIZE |

| Sun | |
|---|---|
| Mon | JR MED - TOM VAC - ANTHONY OUT - FREDDY OUT - JACOB L OFF - MA |
| Tues | JR MED - TOM VAC - ANTHONY OUT - MARIO OUT (sick) - MASON OUT |
| Wed | JR MED - ANTHONY OUT - JOE VAC - GAB OFF      *OLIVER OFF* |
| Thurs | JR MED - JOE VAC |
| FRI | JR MED - MS BROOKS OUT - JESUS P OUT - GILBERT OUT - JOE VAC |
| SAT | JR MED - |

**PLEASE KEEP YOUR AREA CLEAN - DON'T LEAVE A MESS**

## MAN POWER SHEET

**24 Production / 1 Rainbow / 1 Yard**

*WEEK ENDING 03-07-2020*

| DAYSHIFT | *TUESDAY* | START TIME 4:30am 8 Hrs. | 28 PEOPLE |
|---|---|---|---|

*MR HASKELL*

| | A Can Line | B Can Line | C Can Line | BOTTLE LINE 24oz |
|---|---|---|---|---|
| LEADS : | ANDREW | NOE | FREDDY | MS. BROOKS |
| | 3:00am to 3:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm | 3:15am START TO 1:00pm |

| | | | | |
|---|---|---|---|---|
| DEPALL : | NICK | NO CAN GAPS | RANDY | JOE |
| | 3:00am | | 3:15am START | |
| UN WRAPP | CHRIS R | | Un Wrapper Breaks 3 Can Depall | CHRIS R |

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| | | | | |
|---|---|---|---|---|
| FILLERS : | HECTOR - 3:15am | ALEX -3:30am | AUTHER | MARIA |
| PACKERS : | | | TONY | |
| PACKERS : | MARIO | ERIC | MATEO - 3:30am | JOHN H |

| LABELER | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | JESUS P |
|---|---|---|

| PALLETIZ | STEVE W | CHRIS R - Start - 3:30am Start  STEVE W  4:30am |
|---|---|---|

| FULL GO( | STEVE M | 4:00am START - GAB |
|---|---|---|

**Drivers Breaks Each other / HELP keep Place NEAT**

| EMPTIES | JOHN N -  --3:30am START |
|---|---|

**KEEP LINES CLEAR AND SET UP - ORGANIZE**

Victor -

*EFRIN YARD -*

| ON LINE V | 6 TEMPS | | YARD MAN: | YARD - 6 S AND ORDANIZE |
|---|---|---|---|---|

| Sun | |
|---|---|
| Mon | JR MED - TOM VAC - ANTHONY OUT - FREDDY OUT - JACOB L OFF - MA; |
| Tues | JR MED - TOM VAC - ANTHONY OUT - MARIO OUT (sick) - MASON OUT |
| Wed | JR MED - ANTHONY OUT - JOE VAC - GAB OFF                    *OLIVER OFF* |
| Thurs | JR MED - JOE VAC |
| FRI | JR MED - MS BROOKS OUT - JESUS P OUT - GILBERT OUT - JOE VAC |
| SAT | JR MED - |

## PLEASE KEEP YOUR AREA CLEAN - DON'T LEAVE A MESS

## MAN POWER SHEET
### 21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave

*WEEK ENDING 02-28-2020*

**SWING**    **SUNDAY**    **START TIME 12:45pm - 8 Hrs**

| A Can Line | B Can Line | C Can Line | |
|---|---|---|---|
| LEADS : **ROME** | **FAUSTINO** | **JUAN** | |
| 12:45pm START | 12:45pm START | | |

| | | | |
|---|---|---|---|
| DEPALL : **JACOB S** | **JONATHAN** | | |
| | NO CAN GAPS - NO DAMAGE | | |
| UN WRAP **JULIAN** | **OPEN** | **JULIAN** | |

SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD

| | | | |
|---|---|---|---|
| FILLERS : **ARICA** | **OLIVER** | **JOSEPH** | |
| PACKERS **JOSE C - JOSE** | | **MANNY** | |
| PACKERS **JAVI** | **SAM** | **VICTOR** | |

LABELER:    *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP*

PALLETIZ    **STEVEN / GUSTTAVO**    - KEEP AREA CLEAN

2:30pm / 4:30pm LUNCH / 7:00pm

FULL GO(    **FRANK  -  FLOYD**

EMPTIES    **DAVID F  - ORGANIZE**

*KEEP LINES CLEAR AND SET UP - ORGANIZE*

Oscar /  PLUS 6

Primo Drives

**GILBERT LEADS  -**

ON LINE VAR:    **DRIVES - Danny -**

| | | |
|---|---|---|
| **Mon** | JR MED - BLAKE VAC | |
| **Tues** | JR MED | |
| **Wed** | JR MED | *OLIVER OFF* |
| **Thurs** | JR MED | |
| **FRI** | JR MED | |
| **SAT** | JR MED | |

## WE WILL BE RUNNING A, B (days only)  AND VP (3shifts) ON SUNDAY

**MAN POWER SHEET**

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**         *WEEK ENDING 02-29-2020*

| SWING | **MONDAY** | **START TIME 12:45pm - 8 Hrs** |
|---|---|---|

*JESUS / CARLOS / ALFRED*

| | **A Can Line** | **B Can Line** | **C Can Line** |
|---|---|---|---|
| LEADS : | **ROME** | **FAUSTINO** | **JUAN** |
| | 12:45pm START | 12:45pm START | |

| DEPALL : | **JACOB S** | **JONATHAN** | |
|---|---|---|---|

NO CAN GAPS - NO DAMAGE

| UN WRAP | **JULIAN** | **OPEN** | **JULIAN** |
|---|---|---|---|

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| FILLERS : | **ARICA** | **OLIVER** | **JOSEPH** |
|---|---|---|---|

| PACKERS | JOSE C - JOSE | | MANNY |
|---|---|---|---|
| PACKERS | JAVI | SAM | VICTOR |

| LABELER: | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* |
|---|---|

| PALLETIZ | | **STEVEN / GUSTTAVO   - KEEP AREA CLEAN** |
|---|---|---|

2:30pm / 4:30pm LUNCH / 7:00pm

| FULL GOO | **FRANK -** |
|---|---|

| EMPTIES | **DAVID F  - ORGANIZE** |
|---|---|

*KEEP LINES CLEAR AND SET UP - ORGANIZE*

**Oscar Leads**

**Primo Drives**                    *GILBERT LEADS -*

| | | YARD MAN: | **YARD - 6 S AND ORDANIZE** |
|---|---|---|---|
| Sun | TOM SICK - ERIC OFF - : | | |
| Mon | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | | |
| Tues | JR MED - MANNY V VAC - GAB VAC - MASON MED | | |
| Wed | JR MED - GAB ? MASON MED | | *OLIVER OFF* |
| Thurs | JR MED - MASON MED | | |
| FRI | JR MED - OSCAR VAC - DANNY P VAC | | |
| SAT | JR MED - SAM C OFF - JUAN B PARTY | | |

~~INVENTORY THIS SAT - KEEP AREA CLEAN - ALWAYS~~
**LOOK FOR SOMETHING WRONG BEFORE IT BREAKS
DOWN**

## MAN POWER SHEET

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**     *WEEK ENDING 02-29-2020*

**SWING**   *TUESDAY*   **START TIME 12:45pm - 8 Hrs**

*JESUS / CARLOS / ALFRED*

| A Can Line | B Can Line | C Can Line |
|---|---|---|

**LEADS :**   ROME        FAUSTINO        JUAN

12:45pm START     12:45pm START

**DEPALL :**   JACOB S              JONATHAN

NO CAN GAPS - NO DAMAGE

**UN WRAP**   JULIAN        OPEN        JULIAN

SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD

**FILLERS :**   ARICA      OLIVER      JOSEPH

**PACKERS**   JOSE C - JOSE           MANNY

**PACKERS**   JAVI      SAM      VICTOR

**LABELER:**   *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP*

**PALLETIZ**              STEVEN / GUSTTAVO     - KEEP AREA CLEAN

2:30pm / 4:30pm LUNCH / 7:00pm

**FULL GOO**              FRANK -

**EMPTIES**        DAVID F  - ORGANIZE

*KEEP LINES CLEAR AND SET UP - ORGANIZE*

**Oscar Leads**

**Primo Drives**                    **GILBERT LEADS** -

| | | YARD MAN: | YARD - 6 S AND ORDANIZE |
|---|---|---|---|
| **Sun** | TOM SICK - ERIC OFF - | | |
| **Mon** | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | | |
| **Tues** | JR MED - MANNY V VAC - GAB VAC - MASON MED | | |
| **Wed** | JR MED - GAB ? MASON MED | | OLIVER OFF |
| **Thurs** | JR MED - MASON MED | | |
| **FRI** | JR MED - OSCAR VAC - DANNY P VAC | | |
| **SAT** | JR MED - SAM C OFF - JUAN B PARTY | | |

TO HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 40 HRS THEN 20 THEN 48 HRS - REST OF LINES 20 HRS PER

## MAN POWER SHEET

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**     *WEEK ENDING 02-29-2020*

**SWING  WEDNESDAY  START TIME 2:45pm - 10 Hrs**

*JESUS / CARLOS / ALFRED*

| A Can Line | B Can Line | C Can Line | |
|---|---|---|---|
| **LEADS:** ROME | FAUSTINO | JUAN | |
| 2:45pm START | 2:45pm START | 2:45pm START | |

**DEPALL:** JACOB S          JONATHAN

NO CAN GAPS - NO DAMAGE

**UN WRAP**          JULIAN          OPEN          JULIAN

SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD

**FILLERS:** ARICA          OLIVER          JOSEPH

**PACKERS** JOSE C                    MANNY

**PACKERS** JAVI          SAM          VICTOR

**LABELER:** *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP*

**PALLETIZ**                    STEVEN / GUSTTAVO    - KEEP AREA CLEAN

2:30pm / 4:30pm LUNCH / 7:00pm

**FULL GOO**                    FRANK - JOSE

**EMPTIES**                    DAVID F - ORGANIZE

KEEP LINES CLEAR AND SET UP - ORGANIZE

**Oscar Leads**

**Primo Drives**                    **GILBERT LEADS -**

| | | YARD MAN: | YARD - 6 S AND ORDANIZE |
|---|---|---|---|
| **Sun** | TOM SICK - ERIC OFF - | | |
| **Mon** | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | | |
| **Tues** | JR MED - MANNY V VAC - GAB VAC - MASON MED - ANTHONY SICK | | |
| **Wed** | JR MED - GAB ? MASON MED | | OLIVER OFF |
| **Thurs** | JR MED - MASON MED | | |
| **FRI** | JR MED - OSCAR VAC - DANNY P VAC | | |
| **SAT** | JR MED - SAM C OFF - JUAN B PARTY | | |

10 HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 40 HRS THEN 20 THEN 48 HRS - REST OF LINES 20 HRS PER

## MAN POWER SHEET

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**      *WEEK ENDING 02-29-2020*

SWING    *THURSDAY*    **START TIME 2:45pm - 10 Hrs**

*JESUS / CARLOS / ALFRED*

| A Can Line | B Can Line | C Can Line | |
|---|---|---|---|
| LEADS : **ROME** | **FAUSTINO** | **JUAN** | |
| 2:45pm START | 2:45pm START | 2:45pm START | |

DEPALL : **JACOB S**              **JONATHAN**

NO CAN GAPS - NO DAMAGE

UN WRAP        **JULIAN**                  **OPEN**                **JULIAN**

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| FILLERS : | **ARICA** | **OLIVER** | **JOSEPH** | |
|---|---|---|---|---|
| PACKERS | **JOSE C** | | **MANNY** | |
| PACKERS | **JAVI** | **SAM** | **VICTOR** | |

LABELER:        *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP*

PALLETIZ                        **STEVEN / GUSTTAVO**    - KEEP AREA CLEAN

2:30pm / 4:30pm LUNCH / 7:00pm

FULL GO                          **FRANK - JOSE**

EMPTIES                     **DAVID F - ORGANIZE**

*KEEP LINES CLEAR AND SET UP - ORGANIZE*

Oscar Leads

Primo Drives                                    *GILBERT LEADS -*

|  |  | YARD MAN: | YARD - 6 S AND ORDANIZE |
|---|---|---|---|
| Sun | TOM SICK - ERIC OFF - : | | |
| Mon | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | | |
| Tues | JR MED - MANNY V VAC - GAB VAC - MASON MED - ANTHONY SICK - STEVEN W SICK | | |
| Wed | JR MED - GAB ? MASON MED - JOHN N SICK - STEVEN W SICK | | OLIVER OFF |
| Thurs | JR MED - MASON MED | | |
| FRI | JR MED - OSCAR VAC - DANNY P VAC - ALEX VAC | | |
| SAT | JR MED - SAM C OFF - JUAN B PARTY | | |

**10 HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 40 HRS THEN 20 THEN 48 HRS - REST OF LINES 20 HRS PER**

# MAN POWER SHEET

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**     *WEEK ENDING 02-29-2020*

| SWING | *FRIDAY* | **START TIME 2:45pm - 10 Hrs** |
|---|---|---|

*JESUS / CARLOS / ALFRED*

| A Can Line | B Can Line | C Can Line |
|---|---|---|

**LEADS :**

| ROME | FAUSTINO | JUAN |
|---|---|---|
| 2:45pm START | 2:45pm START | 2:45pm START |

**DEPALL :**   JACOB S          JONATHAN

NO CAN GAPS - NO DAMAGE

**UN WRAP**     JULIAN               OPEN               JULIAN

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| FILLERS : | ARICA | OLIVER | JOSEPH |
|---|---|---|---|

| PACKERS | JOSE C | | MANNY |
|---|---|---|---|
| PACKERS | JAVI | SAM | VICTOR |

**LABELER:**   *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP*

**PALLETIZ**          STEVEN / GUSTTAVO    - KEEP AREA CLEAN

2:30pm / 4:30pm LUNCH / 7:00pm

**FULL GO(**        FRANK  - JOSE

**EMPTIES**               DAVID F  - ORGANIZE

*KEEP LINES CLEAR AND SET UP - ORGANIZE*

Oscar Leads
Primo Drives                          *GILBERT LEADS -*

| | | YARD MAN: | YARD - 6 S AND ORDANIZE |
|---|---|---|---|
| Sun | TOM SICK - ERIC OFF - | | |
| Mon | JR MED - DREW OFF - SAM OFF - ROME V - JOHN H VAC - MASON MED | | |
| Tues | JR MED - MANNY V VAC - GAB VAC - MASON MED - ANTHONY SICK - STEVEN W SICK | | |
| Wed | JR MED - GAB ? MASON MED - JOHN N SICK - STEVEN W SICK - JOHN N SICK | | *OLIVER OFF* |
| Thurs | JR MED - MASON MED - JOHN H SICK - ANTHONY OFF - JOHN N SICK | | |
| FRI | JR MED - OSCAR VAC - DANNY P VAC - ALEX VAC - ANTHONY OFF - JOHN H SICK | | |
| SAT | JR MED - SAM C OFF - JUAN B PARTY | | |

**10 HRS SHIFTS START ON TUESDAY - A LINE WILL RUN 48**

## MAN POWER SHEET

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**          *WEEK ENDING 03-07-2020*

**SWING**   *MONDAY*   **START TIME 12:45pm - 8 Hrs**

*JESUS / CARLOS / ALFRED*

| | A Can Line | B Can Line | C Can Line | |
|---|---|---|---|---|
| LEADS : | ROME | FAUSTINO | JUAN | |
| | 12:45pm START | 12:45pm START | 12:45pm START | |

| DEPALL : | JACOB S | | JONATHAN | |
|---|---|---|---|---|

NO CAN GAPS - NO DAMAGE

| UN WRAP | JULIAN | | OPEN | JULIAN |
|---|---|---|---|---|

**SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD**

| FILLERS : | ARICA | OLIVER | JOSEPH | |
|---|---|---|---|---|

| PACKERS | JOSE C | | MANNY | |
|---|---|---|---|---|
| PACKERS | JAVI | SAM | VICTOR | |

| LABELER: | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* |
|---|---|

| PALLETIZ | | STEVEN / GUSTTAVO    - KEEP AREA CLEAN |
|---|---|---|

2:30pm / 4:30pm LUNCH / 7:00pm

| FULL GOO | | FRANK  -  JOSE |
|---|---|---|

| EMPTIES | DAVID F  - ORGANIZE |
|---|---|

*KEEP LINES CLEAR AND SET UP - ORGANIZE*

**Oscar Leads**
**Primo Drives**                                     *GILBERT LEADS  -*

| Sun | | YARD MAN: | YARD - 6 S AND ORDANIZE |
|---|---|---|---|
| Mon | JR MED - TOM VAC - ANTHONY OUT - FREDDY OUT - JACOB L OFF | | |
| Tues | JR MED - TOM VAC - ANTHONY OUT - MARIO OUT (sick) | | |
| Wed | JR MED - ANTHONY OUT - JOE VAC - GAB OFF | | OLIVER OFF |
| Thurs | JR MED - JOE VAC | | |
| FRI | JR MED - MS BROOKS OUT - JESUS P OUT - GILBERT OUT - JOE VAC | | |
| SAT | JR MED - | | |

**PLEASE KEEP YOUR AREA CLEAN - DON'T LEAVE A MESS**

## MAN POWER SHEET

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**          *WEEK ENDING 03-07-2020*

| SWING | *TUESDAY* | **START TIME 12:45pm - 8 Hrs** |
|---|---|---|

*JESUS / CARLOS / ALFRED*

| | A Can Line | B Can Line | C Can Line |
|---|---|---|---|
| LEADS : | ROME | FAUSTINO | JUAN |
| | 12:45pm START | 12:45pm START | 12:45pm START |

| DEPALL : | JACOB S | | JONATHAN | |
|---|---|---|---|---|

NO CAN GAPS - NO DAMAGE

| UN WRAP | | JULIAN | | OPEN | | JULIAN |
|---|---|---|---|---|---|---|

SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD

| FILLERS : | ARICA | OLIVER | JOSEPH |
|---|---|---|---|
| PACKERS | JOSE C | | MANNY |
| PACKERS | JAVI | SAM | VICTOR |

LABELER:          *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP*

| PALLETIZ | | STEVEN / GUSTTAVO    - KEEP AREA CLEAN |
|---|---|---|

2:30pm / 4:30pm LUNCH / 7:00pm

| FULL GO( | | FRANK  -  JOSE |
|---|---|---|

| EMPTIES | | DAVID F  - ORGANIZE |
|---|---|---|

*KEEP LINES CLEAR AND SET UP - ORGANIZE*

**Oscar Leads**

| Primo Drives | | *GILBERT LEADS -* | |
|---|---|---|---|
| Sun | | YARD MAN: | YARD - 6 S AND ORDANIZE |
| Mon | JR MED - TOM VAC - ANTHONY OUT - FREDDY OUT - JACOB L OFF | | |
| Tues | JR MED - TOM VAC - ANTHONY OUT - MARIO OUT (sick) | | |
| Wed | JR MED - ANTHONY OUT - JOE VAC - GAB OFF | | *OLIVER OFF* |
| Thurs | JR MED - JOE VAC | | |
| FRI | JR MED - MS BROOKS OUT - JESUS P OUT - GILBERT OUT - JOE VAC | | |
| SAT | JR MED - | | |

**PLEASE KEEP YOUR AREA CLEAN - DON'T LEAVE A MESS**

## MAN POWER SHEET

**21 Production / 2 Rainbow / 0 Yard / 0 DRP / 2 Grave**    *WEEK ENDING 03-07-2020*

| SWING | *TUESDAY* | **START TIME 12:45pm - 8 Hrs** |
|---|---|---|

*JESUS / CARLOS / ALFRED*

| | A Can Line | B Can Line | C Can Line | |
|---|---|---|---|---|
| LEADS : | ROME | FAUSTINO | JUAN | |
| | 12:45pm START | 12:45pm START | 12:45pm START | |

| DEPALL : | JACOB S | | JONATHAN | | |
|---|---|---|---|---|---|

NO CAN GAPS - NO DAMAGE

| UN WRAP | | JULIAN | OPEN | JULIAN |
|---|---|---|---|---|

SET UP FOR NEXT DAY - PULL ALL DAMAGE CANS OFF THE PALLET - WRAP SLIP SHEETS - CARDBOARD

| FILLERS : | ARICA | OLIVER | JOSEPH | |
|---|---|---|---|---|

| PACKERS | JOSE C | | MANNY | |
|---|---|---|---|---|
| PACKERS | JAVI | SAM | VICTOR | |

| LABELER: | *FOLLOW "SIMPLE" RULES - HOUSE KEEPING / GMP* | |
|---|---|---|

| PALLETIZ | | STEVEN / GUSTTAVO    - KEEP AREA CLEAN | |
|---|---|---|

2:30pm / 4:30pm LUNCH / 7:00pm

| FULL GO( | | FRANK - JOSE | |
|---|---|---|

| EMPTIES | | DAVID F - ORGANIZE | |
|---|---|---|

KEEP LINES CLEAR AND SET UP - ORGANIZE

Oscar Leads

Primo Drives                                      *GILBERT LEADS -*

| | | YARD MAN: | YARD - 6 S AND ORDANIZE |
|---|---|---|---|
| Sun | | | |
| Mon | JR MED - TOM VAC - ANTHONY OUT - FREDDY OUT - JACOB L OFF | | |
| Tues | JR MED - TOM VAC - ANTHONY OUT - MARIO OUT (sick) | | |
| Wed | JR MED - ANTHONY OUT - JOE VAC - GAB OFF | | OLIVER OFF |
| Thurs | JR MED - JOE VAC | | |
| FRI | JR MED - MS BROOKS OUT - JESUS P OUT - GILBERT OUT - JOE VAC | | |
| SAT | JR MED - | | |

## PLEASE KEEP YOUR AREA CLEAN - DON'T LEAVE A MESS

| Name | | Shift | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|---|
| | | | QC Schedule | | | | | | |
| | | | Week Ending 03/07/2020 | | | | | | |
| James Weaver | 1 | 1st | OFF | 3:00-11:30 | 4:30 - 13:00 | 4:30 - 13:00 | OFF | 4:30 - 13:00 | OFF |
| Miles Ybarra | 2 | 1st | OFF | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | OFF |
| Alex Garces | 3 | 1st | OFF | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 15:00 | 4:30 - 15:00 | 4:30 - 15:00 | OFF |
| Jose Gomez | 4 | 1st | OFF | 4:30 - 13:00 | 4:30 - SM | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | OFF |
| Edgar Penaloza | 5 | 1st | OFF | 4:30 - 13:00 | 4:30 - SM | 4:30 - 15:00 | 4:30 - 15:00 | 4:30 - 15:00 | OFF |
| Ryan Grijalva | 6 | 1st | OFF | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | OFF |
| Julie Mendez | 7 | 1st | OFF | 4:30 - 13:00 | 4:30 - SM | 4:30 - 13:00 | 4:30 - 13:00 | 4:30 - 13:00 | OFF |
| | | 1st | | | | | | | |
| Jimmy Mendez | 1 | 2nd | OFF | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | OFF |
| Jonathan Maldonado | 2 | 2nd | OFF | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | OFF |
| Eduard Argueta | 4 | 2nd | OFF | 12:30 - 21:00 | 15:00 - 01:30 | 15:00 - 01:30 | 15:00 - 01:30 | 15:00 - 01:30 | OFF |
| Alan Franco | 4 | 2nd | OFF | 12:30 - 21:00 | 15:00 - 01:30 | 15:00 - 01:30 | 15:00 - 01:30 | 15:00 - 01:30 | OFF |
| Jose Aguayo | 5 | 2nd | OFF | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | 12:30 - 21:00 | OFF |
| | | 2nd | | | | | | | |
| Ruben Luna | 1 | 3rd | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | OFF | OFF |
| Robin Dela Cruz | 2 | 3rd | OFF | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | OFF |
| Demi Blumberg | 2 | 3rd | OFF | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | 20:30 - 5:00 | OFF |
| | | 3rd | | | | | | | |
| | | 3rd | | | | | | | |
| Open | | 3rd | | | | | | | |

| NOTES | All Techs will be work as a Team And help One Another If Needed |
|---|---|
| LAB TECH- | LINE CHECKS, KEEP LAB CLEAN AT ALL TIMES,EMPTY TRASH BEFORE SHIFT ENDS, MAKE SURE TO PULL ALL SAMPLES, CALIBRATIONS, DEW POINT, DON'T LEAVE LAB OUTS FOR NEXT SHIFT |
| MIXING TECH- | FLAVOR CHANGEOVERS AND TANK CHANGES, KEEP MIXING & DRY INGREDIENTS AREA CLEAN, PUT AWAY PARTIALS AND TAKE OUT TRASH BEFORE YOUR SHIFT ENDS. ALWAYS KEEP CONCENTRATE AREA CLEAN, THROW AWAY PLASTIC AND CARDBOARD |
| MIDDLE TECH- | KEEP HFCS TANKS FULL & STEAM, SWITCH RAILCARS AS NEEDED SEAM CHECKS, TORQUE & APP ANGLE, WATER CHECKS, VP FIRST PASS, INCOMING RAW MATERIAL INSPECTIONS, WASTE WATER LOG |
| SANITATION TECH- | SANITIZE ALL LINES, MICROS, WEEKLY CALIBRATIONS, STORE & SHIP SAMPLES KEEP TOPS OF SYRUP TANKS CLEAN, CLEAN ENGINE ROOM FLOORS, KEEP RAILCAR AREA, CO2 AREA AND RO ROOM CLEAN, DON'T THROW AWAY DRUM BUNGS, HAVE ALL LINES READY TO RUN AT 3:30 AM OR IF SCHEDULED EARLIER. |
| START UP- | MIX TANKS IF NECESARRY, AND HAVE ALL LINES THAT ARE RUNNG READY TO RUN BY 3:30 AM OR IF SCHEDULED EARLIER. |
| HELP MIKE OR ALBERT | CHECK WITH MIKE OR ALBERT |
| INVENTORY | |

SM = STAYS UNTIL SAFETY MEETING IS OVER

# EXHIBIT C

# Western Conference of Teamsters Pension Trust

**An Employer-Employee Jointly Administered Pension Plan – Founded 1955**

Northern California Administrative Office
1000 Marina Blvd, Ste 400
Brisbane, CA 94005-1841
650-570-7300

February 07, 2019

## IMPORTANT NOTICE

SHASTA BEVERAGES INC
PAYROLL DEPT / NON PROB
26901 INDUSTRIAL BLVD
HAYWARD CA 94545

PHIL COOPER
TEAMSTERS LOCAL UNION NO. 896
2050 LINCOLN AVE
PASADENA CA 91103

**RE: Account No. 309757**

**Contract No. XVBDM**

To the Bargaining Parties:

The records of the Trust indicate that your labor agreement covering the employees reported under the employer account referenced above expired over eighteen **(18)** months ago. To date, we have not received a copy of a renewed agreement.

If you are presently in negotiations, operating under a continuation clause, or the renewed contract is being prepared, please advise our office accordingly for purposes of updating Trust records. If the renewed agreement has been ratified and executed please forward said agreement to this office for review and approval.

Your immediate attention to this matter is greatly appreciated. If you have questions, please contact this office.

Sincerely,

Contract Review Department

cc: Joint Council No. 0042

# COLLECTIVE BARGAINING AGREEMENT

By and Between:

# TEAMSTERS LOCAL UNION No. 896



# AND

# Shasta Beverages, Inc.

# SEPTEMBER 1ST, 2017 – AUGUST 31ST, 2022

## TABLE OF CONTENTS

SECTION 1 - UNION RECOGNITION ................................... 3

SECTION 2 - UNION SECURITY ..................................... 3

SECTION 3 - MANAGEMENT'S RIGHTS ............................... 4

SECTION 4 - SENIORITY ......................................... 4

SECTION 5 - NO DISCRIMINATION ................................. 5

SECTION 6 - NO STRICK OR LOCKOUT .............................. 6

SECTION 7 - SHOP STEWARD ...................................... 6

SECTION 8 - LEAVE OF ABSENCE AND FMLA ......................... 7

SECTION 9 - HOURS OF WORK AND OVERTIME......................... .9

SECTION 10 - HOLIDAYS ......................................... 11

SECTION 11 - WAGES............................................ 13

SECTION 12 - VACATIONS........................................ 14

SECTION 13 - UNIFORMS......................................... 16

SECTION 14 - RELIEF PERIOD.................................... 16

SECTION 15 - LAYOFF........................................... 16

SECTION 16 - GRIEVANCE PROCEDURE.............................. 16

SECTION 17 - HEALTH AND WELFARE............................... 18

SECTION 18 - PENSIONS......................................... 20

SECTION 19 - SICK LEAVE....................................... 22

SECTION 20 - MISCELLANEOUS PROVISIONS......................... 23

SECTION 21 - DECLARATION OF WAR............................... 24

SECTION 22 - WORK JURISDICTION................................ 24

SECTION 23 - TRANSFER OF COMPANY OR TITLE OF INTEREST ..........25

SECTION 24 - INDIVIDUAL AGREEMENTS ............................25

SECTION 25 - CHECK OFF . . . . . . . . . . . . . . . . . . . . 25

SECTION 26 - TERM OF AGREEMENT . . . . . . . . . . . . . . . . . 26

## AGREEMENT

THIS AGREEMENT made and entered into this 1st day of September 2017, by and between SHASTA BEVERAGES, INC., hereinafter referred to as "EMPLOYER", and TEAMSTERS LOCAL UNION NO. 896 of the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMAN AND HELPERS OF AMERICA, hereinafter referred to as "UNION".

### SECTION 1 - UNION RECOGNITION

1.1 Shasta Beverages, Inc. recognizes Local Union 896, affiliated with the International Brotherhood of Teamsters, as the sole and exclusive bargaining agency for all employees of the Company whose job classification is set forth in this Agreement.

### SECTION 2 - UNION SECURITY

2.1 All employees, while they are actively employed by the Employer covered hereby, shall be required, as a condition of employment to apply for and become members of, and to maintain membership in, the Local Union with jurisdiction within thirty-one (31) days following the beginning of their employment or the date of this Agreement, whichever is the later. This clause shall be enforceable to the extent permitted by law.

2.2 An employee who fails to tender the periodic dues and initiation fees uniformly required as a condition of acquiring and retaining membership shall be discharged seven (7) days after receipt of notification in writing, certified mail, return receipt requested, to the Employer by the secretary or business agent of the Local Union with jurisdiction, provided, however, that if payment of the arrearage is made within such seven (7) day period, then such employee shall not be discharged. Provided, further, that if the Employer shall have cause to believe that the discharge is for reason other than the non-payment of initiation fees or dues the Employer shall notify the Local Union involved in writing, certified mail, return receipt requested, within four (4) days after receipt of notice from the Local Union and such discharge shall be postponed pending arbitration of the issue.

2.3 The Local Union having jurisdiction will indemnify and save harmless the Employer, against any and all claims, demands or suits that may arise out of the discharge of any employee or the denial of employment to any person under this Section.

2.3 The Employer agrees within twenty-four (24) hours of the date of hiring to notify the Union of the names of persons hired and their addresses.

3

## SECTION 3 - MANAGEMENT'S RIGHTS

**3.1** This Agreement is not intended to interfere with the
Company's right to manage its plant, improve the quality of its
products and to obtain the highest degree of efficiency,
consistent with safe working conditions. These rights shall
remain vested exclusively in the Company except specifically as
modified herein.

It is understood that the Union shall not be limited in its
rights to refer any deemed violation of the application or
interpretation of any specific provision of this Agreement to
Section 15 (GRIEVANCE PROCEDURE). Further, this Article shall not
limit any of the Union's rights under state or federal law.

## SECTION 4 - SENIORITY

**4.1** The Employer recognizes the principle that longer periods of
service and higher levels of skill and responsibility shall be
rewarded by proportionately greater job security.    The principle
of seniority will, therefore, be applied in all cases of layoff
and recall. In the event that a recalled employee fails to report
to work within seventy-two  (72) hours, the employee shall suffer
the loss of seniority and shall have no further re-employment
rights.

**4.2** Seniority shall be defined as length of continuous service with
the Employer and there shall be one (1) seniority list exclusive
to each Department - Production, Quality Control and Maintenance
as referenced in the opinion and decision of arbitrator, Sam
Kagel, dated May 31, 1974.

**4.3**   Seniority shall be considered broken by:
    A.    Discharge
    B.    Resignation
    C.    Absent from work for twelve (12) consecutive
        months due to layoff.
    D.    Absent from work for more than one (1) year
        due to illness or injury.
    E.    Failure to return to work upon completion of
        an approved leave of absence.

**4.4** All employees hired on or after September 14, 1987 shall be
subject to a probationary period of forty-five (45) days worked
within one hundred thirty-five (135) calendar days and shall not
have seniority under this section during said period of time.
After such probationary period of forty-five (45) days worked
within one hundred thirty-five (135) days, the seniority of each
employee shall date from their original date of hire.

**4.5** The Employer has the right to increase or reduce the number
of employees at any time subject to the provisions of this

4

Agreement.

**4.6** After an Employer has directly recalled in the presence of the Shop Steward, all employees currently on the Employer's seniority list, the Employer shall notify the Union. The Union may refer applicants on a non-preferential basis and/or the Employer may recruit, test and select its own employees with the understanding that such employees will be referred to the Union within the first week's work. The Employer will provide the Union with the name, address, telephone number, and social security number of the newly hired employee within forty-eight (48) hours of their employment.

**4.7** All individuals dispatched to any Employer within the industry must work forty-five (45) working days within one hundred thirty-five (135) calendar days to gain seniority in an Employer's facility.

**4.8** Any individual dispatched from the hiring hall must have in their possession sufficient proof to meet the requirements of the Immigration and Reform Act of 1985. Any dispatchee not possessing same will be denied employment.

**4.9** Affirmative Action:   Notwithstanding anything to the contrary contained in this Agreement, the Company and the Local Union agree to establish without delay a program of affirmative action in the future hiring of employees of protected groups. Such program shall comply with established regulations of the Federal Government which apply to firms with Government contract falling within the scope of such regulations.

**4.10** The Local Union shall maintain appropriate registration facilities for applicants for employment to make themselves available for job opportunities.

**4.11** The Employer shall have full right of selection among applicants dispatched to it by the employment office of the Local Union.

**4.12** Any new employee may be required to pass a physical examination in order to determine suitability for the job for which application was made, the cost of such examination to be borne by the Employer.

**SECTION 5 - NO DISCRIMINATION**

**5. 1** No employee shall be discriminated against or discharged for upholding Union principles or because of one's protected group status. A person who works under the instructions of the Union, or who serves on a committee, shall not lose their position or be discriminated against for this reason. The necessary time to discharge these duties shall be granted to the employee without

5

pay.

## SECTION 6 - NO STRIKE OR LOCKOUT

**6.1** It is agreed that there shall not be any stoppage of work either by strike or by lockout by the Union or the Employer during the life of this Agreement. It shall not be deemed a violation of this Agreement or cause for discharge for anyemployee to honor any picket line authorized by the Joint Council of Teamsters having jurisdiction in the territory where the picket line is in effect.

## SECTION 7 - SHOP STEWARD

**7.1** A steward shall be provided for each shift in each company at the option of the Local Union; such steward shall be selected by the employees on the job. There shall be no discrimination of any kind against the stewards or any employee because of Union affiliation or Union activities. The duties of the stewards shall be to report to the Local Union any and all grievances which may arise and cannot be adjusted on the job. Duties of the steward shall be limited to the following:

**7.1.1** The presentation of grievances to the Employer designated Company representative in accordance with the provisions of the Collective Bargaining Agreement.

**7.1.2** Participation with the Union official and/or the aggrieved employee in meeting with the Employer involving grievances.

**7.1.3** Checking dues books, Union membership cards of employees which shall not be done on Company time.

**7.1.4** The Company shall recognize one Chief Shop Steward per a classification/department, in addition to one Alternate Shop Steward for each shift per a classification/ department.

**7.1.5** If a Shop Steward shall find it necessary to perform Union duties during working hours, upon approved notification of his immediate supervisor, he shall promptly be released to the extent of investigating the matter and attempting immediate resolution (if necessary), and conferring with his immediate supervisor or other supervision of his department up to and including the Plant Manager or his/her designee, without the loss of pay or established relief/break periods.

**7.1.6** The Company shall provide private resources through which Stewards may contact the Business Representative at anytime, including but not limited to a facsimile machine and telephone. Access to the Company's computers and email system shall not be granted.

**7.1.7** Upon no less than seven (7) calendar days advance written

6

notice, the Union may request that a bargaining unit employee be granted a leave of absence for up to sixty (60) calendar days for the purposes of attending to Union business. Upon receipt of such written request, the Employer will confer with the Union representatives regarding such request. The Employer may decline such requested leave of absence if, in the Employer's judgment, such leave of absence would adversely impact its operations. The decision by the Employer to deny requested leave of absence for the purposes of attending to Union business shall not be made for arbitrary and/or capricious reasons.

## SECTION 8 - LEAVE OF ABSENCE

**8.1** Approved Leave: Any employee desiring leave of absence from employment shall secure written permission from both the Local Union and the Employer. Except as otherwise provided in this Agreement, the maximum leave of absence shall be for thirty (30) days and may be extended for like periods. Written permission for such extended periods shall be secured from both the Union and the Employer. The first approved leave of absence plus approved extended leave of absence shall not exceed a maximum of six (6) months. During an approved leave of absence, the employee shall not engage in gainful employment. Leaves of five (5) days or less do not require Union approval. Employees that return to work from a Leave of Absence of any reason but are back to work again during the 12 calendar month period will have their leave extended as applicable within this section after one (1) or more weeks worked.

### Family Medical Leave Act

**8.2** All employees who worked for the Employer for a minimum of twelve (12) months and 1,250 hours during the past (12) months are eligible for unpaid leave as set forth in the Family and Medical Leave Act of 1993 as amended (The "Act"). This section is intended to comply with any amendments or changes to the rules governing the administration of the Act that are in force during the term of the Agreement.

Eligible employees are entitled to up to a total of twelve (12) weeks of unpaid leave during the any twelve (12) month period for the following reasons:

1. Birth of a child, for adoption or foster care, and to care for that child.
2. The employee is unable to work due to the employee's own serious health condition.
3. To care for spouse, son, daughter, or parent with serious health condition.
4. "Qualifying exigencies" related to certain family members' active military duty.

7

5. To care for certain family members recovering from an injury or illness suffered while on active duty in the armed services.

The employee's seniority rights shall continue as if the employee had not taken leave under this Section, and the employer will maintain health insurance coverage during the period of the leave.

The Employer may require the employee to substitute accrued paid sick/vacation or other paid leave for part of the twelve (12) week leave period.

The Employee is required to provide the Employer with at least thirty (30) days advance notice before FMLA leave begins if the need for leave is foreseeable. If the need for leave is not foreseeable, the employee is required to give notice as soon as practicable. The employer has the right to require medical certification of a need for leave under this Act. In addition, the Employer has the right to require a second (2nd) opinion at the Employers expense. If the second opinion conflicts with the initial certification a third (3rd) opinion from a healthcare provider selected by the first (1st) and second (2nd) healthcare providers , at the Employers expense may be sought, which shall be final and binding. Failure to provide certification shall cause leave taken to be treated as an unexcused absence.

As a condition of returning to work, an employee who has taken leave due to his/her own serious health condition must be medically qualified to perform the functions of his/her job. In cases where employees fail to return to work, the provisions of this Agreement will apply.

It is specifically understood that an employee, will not be required to repay any of the contributions for his/her health insurance during FMLA leave.

No employee will be disciplined for requesting or taking FMLA under the contract absent fraud, misrepresentation, or dishonesty. Disputes arising under this provision shall be subject to the grievance procedure.

The provisions of this section are in response to the federal FMLA and shall not supersede any state or local law which provides for greater employee rights.

FMLA will run concurrently with a workers' compensation leave.

8.2 An employee who is unable to work because of sickness or injury shall be deemed to be on leave of absence. Such leave shall not exceed one (1) year unless extended by written consent of the Union and the Employer. In the absence of such consent, a

8

request for the extension of such leave shall be subject to a dispute procedure, but in no event shall such leave of absence exceed two (2) years, except with written consent of the Union and the Employer.

8.3 A leave of absence as provided shall not result in the loss of seniority rights.

8.4 Effect on Vacation and Sick Leave: Time off in excess of fourteen (14) days due to an approved leave of absence other than sickness or injury shall not be accumulative for vacation purposes.

8.5 All regular employees off the job due to illness or injury shall accumulate vacation rights and sick leave beginning with the date of the illness or injury and continuing to the end of the month and thirty (30) days thereafter.

8.6 Health and Welfare When on Leave of Absence: The employee may make suitable arrangements for continuation of Health and Welfare payments consistent with the Health and Welfare policy before the leave is approved by both the Union and the Employer.

### SECTION 9 - HOURS OF WORK AND OVERTIME

9.1 The regular working day for the day crew shall not commence before 4:30 a.m. and shall not continue after 6:30 p.m.  The workweek for regular full-time employees shall be five (5) consecutive days Monday through Friday or Tuesday through Saturday consisting of eight (8) hours each within eight and one-half (8-1/2) hours or four (4) consecutive days Monday through Thursday, Tuesday through Friday or Wednesday through Saturday consisting of ten (10) hours each within ten and one-half (10-1/2) hours at the straight-time rate of pay.  An interval of one-half (1/2) hour for meals at or near the middle of a shift shall constitute the meal period.  Established workweeks shall be offered to qualified employees by seniority.  If insufficient qualified employees volunteer, the established workweeks shall be assigned to qualified employees by inverse seniority.  No employee with a hire date prior to July 31, 1984 will be involuntarily assigned to a workweek other than Monday through Friday, Monday through Thursday, or Tuesday through Friday.

9.2 The only exception to the above scheduling will be to fill by seniority and qualification the schedule below.

9

## Rotation (4-10HR) Shifts

| Employee | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| A | X | X | X | X | OFF | OFF | OFF |
| B | OFF | X | X | X | X | OFF | OFF |
| C | OFF | OFF | X | X | X | X | OFF |
| D | X | X | OFF | OFF | X | X | OFF |
| E | X | X | X | OFF | OFF | X | OFF |
| F | X | OFF | OFF | X | X | X | OFF |

Rotation preference may be changed quarterly.

Work performed on Sunday shall be paid at the rate of double-time.

**9.3** If two crews are employed the regular working day of the second crew shall be eight (8) hours and shall commence at the conclusion of the working day of the first crew, providing that no overtime is worked. It shall be optional, however, to arrange the hours of the night crew to the mutual satisfaction of the Employer and the employee or the Employer and the Union. Employees engaged in work on the second shift shall be compensated at the rate of twenty (20) cents per hour in addition to the regular rate of pay and twenty-five (25) cents per hour in addition to the regular rate of pay for work performed during the third shift. All work done in addition to the regular days' work of eight (8) hours on a five (5) day workweek and all work in addition to ten (10) hours on a four (4) day workweek and all work in excess of forty (40) hours per week shall be considered and paid for as overtime.

Except for overtime work which results from a mechanical breakdown, an employee will not be required to work overtime unless notice is given on or before the meal period of the shift. All overtime shall be equally divided among members of the shop insofar as it is practicable to do so.

**9.3.1** In the event of a trouble call if a maintenance mechanic is called in to the plant, the mechanic shall be entitled to four (4) hours overtime unless the maintenance mechanic clocks in within one (1) hour of their scheduled start time.

**9.4** It being understood, however, that in selection of regular employees for night shifts, employees with the most seniority with the Employer shall be given preference for day work. The Employer shall at all times have the entire right of selection in placing of employees or for rearrangement of employees, regardless of seniority. If the senior employees assigned to the night shift request day shift work, they shall be returned to the day shift within a reasonable period of time.

**9.5** No employee shall be required to change shifts without an

eight (8) hour break between shifts.

**9.6** All work performed on the sixth (6th) or seventh (7th) day by a five (5) day workweek employee or on the fifth (5th), sixth (6th), or seventh (7th) day by a four (4) day workweek employee shall be paid for at the rate of time and one-half (1-1/2). Work performed on Sunday shall be paid at the rate of double time. Work performed on holidays shall be paid for at the rate of time and one-half (1-1/2) in addition to the unworked holiday pay.

**9.7** Notwithstanding anything to the contrary, non-seniority employees who first work for an Employer on the date following ratification of this Agreement must work at least one (1) day in the normal workweek immediately preceding a premium day in order to qualify for fifth (5th), sixth (6th) or seventh (7th) day overtime premium pay.

**9.8** An employee called into work shall be guaranteed four (4) hours of pay.

**9.9** There shall be a fifteen (15) minute break if working at least one (1) hour of overtime.

**9.9.1** There shall be two twenty-minute breaks for work on an overtime day provided they are working at least eight (8) hours.

**9.10** No employee shall be required to work in excess of twelve 12) hours per day unless a mechanical breakdown occurs, in this instance they shall not be required to work in excess of sixteen (16) hours per day. Employees required to work on the sixth (6th) or seventh (7th) day for a five (5) day workweek employee, on the fifth (5th), sixth (6th) or seventh (7th) day for a four (4) day workweek employee will be given thirty-six (36) hours notice insofar as the Employer is able to do so.

**9.11** The employer shall give employees one (1) weeks' notice of a change in scheduled workweek.

**9.12** There shall be no restriction on call-ins regarding start time. When a call in (employee) reports to work, that becomes the start time for their shift and they will be entitled to overtime after the eighth (8th) hour of work.

## SECTION 10 - HOLIDAYS

**10.1** The following days shall be paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, Fourth of July, Labor Day, Veterans' Day, Thanksgiving Day, Christmas Day, Employee's Birthday and Employee's Anniversary Date of Employment, for which compensation shall be paid to employees covered by this Contract.

11

**10.1.1** Effective 1/1/2007 and for the remainder of this contract, Employee's Birthday and Anniversary Date of employment holidays will be replaced by two (2) Paid Time Off (PTO) days that must be taken by the end of each calendar year.

**10.2** When no work is performed on the above named holidays, the employees shall receive eight (8) or ten (10) hours of pay at the employee's straight-time hourly rate depending upon their schedule work week (i.e., scheduled to work an 8 hour 5 day a week schedule or a 10 hour 4 day a week schedule).

**10.3** Employee required to work on any of the holidays named in this Section shall be paid at the rate of time and one-half (1-1/2) for all work performed in addition to their regular holiday pay.

**10.4** To be eligible for a holiday not worked, an employee must work the day before and the workday after said holiday unless he is excused by his Employer. Employees on layoff will be eligible for holiday pay if the employee works ten (10) or more days during the month in which the holiday falls.

**10.5** If a paid holiday falls on an employee's scheduled day off, the holiday may be observed on the day on which it falls or the employee's next scheduled workday. The Employer will notify employees of the holiday work schedule one (1) week prior to the holiday week.

**10.6** Paid Time Off (PTO) days for all eligible employees must be submitted and approved at least one week in advance of day off.

**10.7** Probationary employees shall not be entitled to any of the enumerated holidays set forth above.

**10.8** Time paid for but not worked, such as holidays, vacation, paid sick leave, paid funeral leave, and jury duty will be considered as time worked for the purpose of qualifying for holiday benefits.

**10.9** The day of observance for Washington's Birthday, Memorial Day, and Veterans' Day shall be those dates established by Federal Statute.

## SECTION 11.0 - WAGES

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Effective: | 09/01/17 | 09/01/18 | 09/01/19 | 09/01/20 | 09/21/21 |
| Production/Whse | $19.77 | $20.77 | $21.17 | $21.57 | $22.07 |
| Quality Control | $20.37 | $21.37 | $21.77 | $22.17 | $22.67 |
| Mechanic C | $21.30 | $22.30 | $22.70 | $23.10 | $23.60 |
| Mechanic B | $21.60 | $22.60 | $23.00 | $23.40 | $23.90 |
| Mechanic A | $22.10 | $23.10 | $23.50 | $23.90 | $24.40 |
| Lead Person | +$1.00 | +$1.00 | +$1.00 | +$1.00 | +$1.00 |

~~Hourly increase which may be deferred to pension will be capped at 5 cents annually.~~

**11.1** Break-In Rates:
The following break-in-rates shall be established for all employees hired on or after September 14, 1987.

        0 - 120 days:   80% of the experienced classification rate
        121 - 240 days: 90% of the experienced classification rate

**11.2** Seasonal employees who are hired on or after May 15 and before September 15 shall not be entitled to any benefits or accrual of seniority and there shall be a waiver of Health and Welfare contributions for three (3) months of eligibility. In the event that a seasonal employee is retained after September 15 and the employee works eighty (80) hours or more during the month of September, then in that event, the employee shall be entitled to retroactive benefits and accrual of seniority providing the employee has completed the probationary period set forth in Section 3.4.

**11.3** All wage increases are subject to Federal Government Regulations.

**11.4** No employee shall have their wage scale reduced by reason of the signing of this Agreement.

**11.5** Temporary help
The company's primary commitment is to its full-time employees. In order to meet its production needs, and only after all work opportunities have been offered to its full-time employees in accordance with the terms of this agreement, the Company may rehire retired members to fill temporary immediate vacancies created by excessive unexpected absences. All candidates are subject to mutual Union and Company approval prior to employment. It is also to be noted that this provision may in no way impact potential overtime earnings of a current full-time employee. The company further agrees to pay the current full-time pay rate and benefits when applicable.

13

## SECTION  12 - VACATIONS

**12.1** Employees with one (1) year and less than five (5) years of service with an Employer shall receive two (2) weeks (ten [10] working days) of vacation with pay each year.

**12.2** Employees with five (5) years and less than fifteen (15) years of service shall receive three (3) weeks  (fifteen [15] working days) of vacation with pay each year.

**12.3** Employees with fifteen (15) years of service and less that thirty (30) years of service, regardless of anniversary date, shall receive four (4) weeks  (twenty [20] working days) vacation with pay each year.

**12.4** Employees with thirty (30) years of service, or more shall receive five (5) weeks (25 working days) of vacation with pay each year.

**12.5** Subject to the conditions set forth in Paragraph 11.14 below, any employee terminated for any reason after six  (6) months of employment shall receive prorated vacation due on the basis on one-twelfth (1/12) of the ten (10) days pay for each month of employment. After five (5) years of employment and  up to fifteen (15) years of employment, prorated vacation shall be granted on the basis of one and one-fourth  (1-1/4) days for each month of employment. After fifteen (15) years of employment, prorated vacation shall be granted on the basis of one and two-thirds (1-2/3) days for each month of employment. After thirty (30) years of employment, prorated vacations shall be granted on the basis of two and one-twelfth  (2-1/12) day per month.   For the purpose of this paragraph, month of employment shall be any month in which the employee has accrued eighty (80) hours of time worked for the Employer.   Time paid for but not worked, such as holidays, vacation, paid sick leave, paid funeral leave and jury duty will be considered as time worked for the purpose of qualifying for vacation benefits.

**12.6** Seniority shall be considered in choice of vacation periods. In arranging vacations, due consideration shall be given to the Employer so that his business will not be crippled or not seriously affected by reason of too many employees seeking vacation at the same time, however, at least two (2) employees shall be allowed to go on vacation during any calendar week.

**12.7** All accrued vacation pay is to be paid to the employee at the completion of their last shift prior to the commencement of his vacation.   The employee may also elect to have their vacation paid on their regular scheduled pay days.

14

**12.8** Vacation periods are not to be arbitrarily assigned to employees during the months of November through February unless mutually agreed upon. Based on seniority, vacation periods shall be assigned during the months of March through October.

**12.9** A vacation list shall be posted not later than January 1st of each year. For choice of vacations, once a vacation list is posted or slips are issued, one (1) week to choose is allowed for the first twenty-five percent (25%) on the seniority list; one (1) week allowed for the second twenty-five percent (25%) on the seniority list; one (1) week allowed for the third twenty-five percent (25%) on the seniority list; and one (1) week allowed for the fourth and final twenty-five percent (25%) on the seniority list. Those employees who fail to sign up within their allotted time frame shall drop to the bottom of the list. They shall be allowed to choose between the fifth and final week of the selection period. If the employee fails to pick in this time period, the Company may assign their vacation in the vacation period within the Agreement.

**12.10** Whenever possible, and when desired by the employee, they may stagger or spread their vacation period throughout the year. However, "Employees who are eligible for and have earned three or more weeks of vacation in a year may choose to observe up to five days of this vacation one-day-at-a-time, subject to prior arrangement with the company".

**12.11** It is agreed by both parties to this Agreement that each employee must take their accrued vacation each year and that no arrangement to work for additional compensation during his earned vacation will be allowed except where mutually agreed upon by the Employer and the Union.

**12.12** An Employer and an employee may agree on a change in the vacation period of such employee after the vacation schedule has been posted, provided it does not affect the vacation period of any other employees on the vacation schedule.

**12.13** Any employee called into the military service shall be paid for prorated vacation earned.

**12.14** When any one of the holidays mentioned in Section 9 falls within an employee's paid vacation period, such employee shall receive an additional day's pay in lieu thereof or have off the next scheduled workday following that vacation period if pre-arranged with the company. Vacations shall be permitted in holiday weeks.

**12.15** If an employee's paid vacation period accrues or is payable during a period in which the employee is otherwise entitled to unemployment compensation, the employee's right to and payment for such vacation shall be deferred until after termination of

15

the unemployment benefit period. The Employer waives the privilege of allocating vacation pay to past, present or future weeks of unemployment.

## SECTION  13 -  UNIFORMS

**13.1** If uniforms are not required by the Employer, but are, nevertheless, supplied, they shall be laundered and maintained by the Employer.

## SECTION  14  - RELIEF PERIOD

**14.1** Each employee shall be entitled to one (1) relief period during each four (4) hour period of a  shift.  The employee's absence from the job will not exceed fifteen (15) minutes.

## SECTION  15 - LAYOFF

15.1 Should dullness of trade necessitate a layoff, the employees shall be laid off according to seniority for not less than a day at a time, nor for more than one (1) day per week, except in  case of a breakdown.  If a breakdown occurs in the forenoon, the employee shall work the morning out; if a breakdown occurs in the afternoon, the employee shall work the day out. Should anyfurther reduction of the working force become necessary in orderto comply with this Section, the matter shall be taken up with the Union to devise ways and means to decrease the regular crew; provided, however, that the first employee hired shall be the last employee to be laid off; further, if help is again called, the last employee or employees in point of service, who were laid off, shall be the first to be re-hired.  The Employer has the right to increase or reduce the force should business necessitate.

15.2 Extra help may be employed as long as such extra employment does not cause any layoff to the regular crew.

15.3 The shop steward will be notified immediately of any layoff or hiring.

## SECTION  16 - GRIEVANCE    PROCEDURE

SETTLEMENT OF GRIEVANCES:

**16.1** Any grievance or controversy affecting the mutual relations of the Employer and the Union, which dispute arises and issubmitted during the term of this Agreement, shall be processed in the following manner:

**16.1.1** Attempts at settlement will be made in the first instance by the employee concerned and the immediate supervisor, in the presence of the shop steward if the employee desires.  If this fails, a conference will be held between the shop steward and the

16

department head. Failing settlement at this level, a conference will be held between the Union's business agent and a management representative. In the event that a satisfactory settlement is not effected and the grievance involves a suspension ordischarge, the grievance may be referred to a Grievance Committee comprised of two (2) persons designated by the Employer and two (2) persons designated by the Union none of whom shall be directly involved in the grievance and whose decision shall be final and binding. If the grievance does not involve a suspension or discharge the Grievance Committee shall be composed of two (2) persons designated by the Employer and two (2) persons designated by the Union whose decision will be final and binding. If the Committee reaches a deadlock, either party may refer the matter to an impartial arbitrator. The arbitrator shall be mutually agreed upon and his decision shall be final and binding on all parties. The cost of arbitration shall be borne by the losing party; provided, however, that each party shall bear the cost of its own presentation. In termination cases, it is agreed that if a grievant is reinstated to employment with full back pay, the Company shall pay the jointly incurred costs of arbitration. If a grievant is not reinstated, the Union shall pay the jointly incurred costs of the arbitration.

If the grievant is reinstated with partial or no back pay, the parties shall split the jointly incurred costs of the arbitration. The arbitrator and/or the Grievance Committee shall have no right to add to the provisions of this Agreement, nor to delete any provision hereof.

SETTLEMENT OF DISCHARGE OR OTHER DISCIPLINARY GRIEVANCES:

16.2 Within five (5) working days of the occurrence or knowledge of the cause of discharge or suspension, the Employer shall give written notice by certified mail to the employee and the Local Union of the discharge or suspension of the employee and suchnotice shall set forth the reason or reasons for the discharge or suspension. If the Employer fails to give such notice within the specified five (5) working day period, the right to discharge orsuspend for that particular reason shall be waived, but this shall not preclude the Employer from introducing as evidence, should a subsequent discharge or suspension occur, any reason or reasons arising out of circumstances which occurred during the six (6) month period immediately preceding the date of discharge or suspension notice. If the Union does not file with the Employer a written protest of the Employer's action within five (5) working days from the date of receipt of the Employer's notice, the right to protest such discharge or suspension shall be waived. If the employee and Union Business Representative are present at the termination meeting, a copy of the Termination Notice may be given to both parties voiding the need to send notice by Certified Mail.

17

16.3 Any employee or the Union at the employee's request who feels he/she has been unjustly disciplined shall file a written grievance with the Employer within five (5) working days after the disciplinary action was assessed. If a written grievance is not filed within the five (5) working day period, then the right to protest the disciplinary action shall be waived.

16.4 If the grievance is resolved between the Employer and the employee and a Union representative, the matter is not further subject to the grievance procedure.

16.5 In cases of failure to perform work as required, tardiness and absenteeism, the employee must have been issued one (1) written warning within nine (9) months prior to the discharge.

### GENERAL PROVISIONS RELATING TO GRIEVANCE PROCEDURE:

16.6 When an Employer issues a written warning to an employee, a copy of such written warning shall be given to the employee and the Local Union. Said written warning shall be issued within five (5) working days of the occurrence or knowledge of the cause of issuance.

16.7 The grievance procedure of this Agreement shall be the exclusive remedy with respect to any disputes arising between the Union or any person working under this Agreement or both on the one hand, and the Employer acting under this Agreement on the other hand, and no other remedy shall be utilized by any person with respect to any dispute involving this Agreement until the grievance procedure has been exhausted.

16.8 The Employer or the Union (in grievances not involving a specific employee) may file grievances concerning the application, interpretation and enforcement of this Agreement in which case such grievances shall be processed through the steps provided in Sections 15.1 and 15.1.1, after the Employer or the Union has filed a grievance within five (5) working days of the occurrence or knowledge of the alleged grievance.

### SECTION 17 - HEALTH AND WELFARE PLAN

17.1 The parties agree that employees covered by this Agreement shall continue to be covered by that certain health and welfare plan set forth in the preceding Collective Bargaining Agreement and that contract language with respect to benefits and Employer contributions shall continue in effect until superseded as set forth below.

17.2 The parties further agree that they shall establish forthwith, a new jointly-administered Trust which shall be known as the Bay Area Soft Drink Bottlers and Teamsters Health Trust.

18

This Trust shall be jointly administered by a Board of Trustees of six (6) members, three (3) appointed by Local 70, 278, 296, 315, 856 and 896 and three (3) appointed by the Employer.

Effective August 11, 2018 (July hours payable in August) the Employer agrees to contribute not later than the tenth (10th) of the month on behalf of each employee who has worked eighty (80) straight-time hours in the preceding calendar month. The Trustees may modify benefits or eligibility of any plan for the purpose of cost containment, cost management, or changes in medical technology and treatment. If increases are necessary to maintain the current benefits or eligibility, or benefits or eligibility as may be modified by the Trustees during the Life of the Agreement, the Employer shall pay such increases up to the following Employer contribution rates:

| Effective Date: | 09/01/17 | 09/01/18 | 09/01/19 | 09/01/20 | 09/01/21 |
|---|---|---|---|---|---|
| Employer Contribution: | $850 Monthly | $885 Monthly | $920 Monthly | $955 Monthly | $990 Monthly |

New Hires (hired after August 31, 2014) for the first five (5) years of employment (full rate as above thereafter):

| Effective Date: | 09/01/17 | 09/01/18 | 09/01/19 | 09/01/20 | 09/01/21 |
|---|---|---|---|---|---|
| Employer Contribution: | $752 Monthly | $787 Monthly | $822 Monthly | $857 Monthly | $892 Monthly |

Teamsters Local 896 continues to participate in any plan offered by the Teamsters that they choose as long as the plan does not excess the $27,500 annual Threshold. Company contribution rate shall be capped at above numbers for all Health and Welfare Benefits.

**17.3.1** The parties agree that coverage under the current health and welfare plans shall continue during the life of this Agreement. If the Union proposes to switch to an alternative plan(s), it shall present this proposal to the Employer for its approval. Issues such as the cost of such proposed plan(s), the quality of the plans, and the implications of the Affordable Care Act shall be considered. The Employer shall not unreasonably withhold its consent to switch plans. A switch of plans shall not impact the Employer's maximum contribution rates during this Agreement and during the hiatus period contracts, until a successor labor agreement is negotiated.

**17.4** The above contribution rates constitute the Employers' sole obligation for providing Health and Welfare benefits during the life of this Agreement. Furthermore, the parties expressly agree that the Employer shall have no liability beyond the contributions set forth herein either as a result of the dissolution of the existing Trust Fund or under any successor Trust Fund in the event that the current Trust Fund is dissolved.

19

17 5 In the event that the above contribution rate is insufficient to maintain the existing level of benefits in effect at the time of ratification, the Trustees shall immediately adjust the level of benefits or the additional amount equal to that which is required to maintain benefits shall be deducted from each employee's wages.

17.6 An employee shall become eligible for benefits on the first (1st) month following any three (3) months where the employee worked eighty (80) hours or more in any six (6) months and any new employee hired after August 11, 1990 who has been covered under any Teamster plan during the six (6) months period immediately prior to hiring and who had at least six (6) months of coverage under said plan shall become eligible effective the first month following a month in which the employee works eighty (80) or more hours.

17.7 The Trustees are directed to review and expand cost containment efforts wherever possible. Such efforts shall include, but not be limited to, professional service and laboratory contracting programs and the addition of incentives and disincentives. The Trustees are permitted to change the schedule of benefits in order to accomplish these goals and it is understood said changes could include adding or eliminating specific benefits providing said changes stay within the capped contributions set forth above.

17.8 The parties incorporate by reference the attached Cost Containment measures for the Health and Welfare Fund to be used on an advisory basis by the Board of Trustees in implementing Cost Containment measures no later than January 1, 1988.

### SECTION 18 – PENSIONS

18.1 It is covenanted and agreed that effective 09/01/2017, the Company shall pay into the Western Conference of Teamsters Pension Trust Fund the sum of Four dollars and fifty-six Cents ($4.56) per compensable hour for every bargaining unit employee of the Company subject to the provisions hereof, which includes $0.28 per hour to provide for PEER/84. The Company shall contribute on straight-time compensable hours only.

18.2 Effective 09/01/2018) the Company shall pay into the Western Conference of Teamsters Pension Trust Fund the sum of Four Dollars and fifty-six cents ($4.56) per compensable hour for every bargaining unit employee of the Company, which includes $0.28 per hour to provide for PEER/84.

18.3 Effective 09/01/2019 the Company shall pay into the Western Conference of Teamsters Pension Trust Fund the sum of Four Dollars and fifty-six cents ($4.56) per compensable hour for every

20

bargaining unit employee of the Company, which includes $0.28 per hour to provide for PEER/84.

**18.4** Effective 09/01/2020 the Company shall pay into the Western Conference of Teamsters Pension Trust Fund the sum of Four Dollars and fifty-six cents ($4.56) per compensable hour for every bargaining unit employee of the Company, which includes $0.28 per hour to provide for PEER/84.

**18.5** Effective 09/01/2021 the Company shall pay into the Western Conference of Teamsters Pension Trust Fund the sum of Four Dollars and fifty-six cents ($4.56) per compensable hour for every bargaining unit employee of the Company, which includes $0.28 per hour to provide for PEER/84.

**18.6** Continuing, the contributions required to provide the Program for Enhanced Early Retirement/84 will not be taken into consideration for benefit accrual purposes under the Plan. The additional contribution for the P.E.E.R./84 must at all times 6.5% of the basic contribution and cannot be decreased or discontinued at any time during the life of this Agreement.

**18.7** As the material part of the consideration of the foregoing, the Union, on behalf of its members, does now hereby release any Employer signatory hereto from any and all obligations to continue or maintain an Employer or an Employer/Employee-funded retirement plan, which an Employer may have in existence on the effective date hereof, it being understood that as of said effective date, all Union members subject hereto shall be deemed to have withdrawn from any such Company plan in accordance with and subject to the terms thereof, and to have waived any and all rights to rejoin such Company plan, so long as the Employer is making payments on the employee's behalf into the Union Pension Trust Fund.

**18.8** The provisions of the foregoing shall not be deemed to constitute a waiver by the Union or any employee of any rights, privileges, or benefits which may have accrued to any employee under the terms of any Company plan prior to August 10, 1965.

**18.9** Posting Notice: The Employer shall post on employees' bulletin board a duplicate copy of reporting form sent to the Administrator's office of payments made to the Western Conference of Teamsters Pension Trust Fund on behalf of the employees at the time payments are made.

**18.10** "Pay maximum $.10 (including peer) per compensated hour during probationary period for each probationary employee".

**18.11** All Members will be offered the ability to join the Company 401K program.

21

**18.12** In the event, during the term of this labor agreement or after the expiration of this agreement and before a new agreement or impasse is reached, the pension contributions rates specified herein should for any reason be increased by the Pension Plan Sponsor and/or any person or entity acting for or through such Pension Plan Sponsor, it is agreed that the total amount of said increase(s) shall be offset dollar for dollar by a reduction in wages, contractual (sick days, vacations, holidays, etc.) or any contributions to other fringe benefit plans in which the bargaining unit participates.  This offset requirement includes "surcharges" or "excise taxes" (as such terms are defined in the PPA of 2006) that may be assessed / levied against the employer.  The offset provided for herein will be immediate and automatic as of the date of the increase or surcharge, and will not be subject to collective bargaining.

**SECTION  19 - SICK  LEAVE**

**19.1** All employees shall receive six (6) days of sick leave with pay each year. Beginning January 1, 1972, all employees shall be eligible for sick leave prorated on the basis of one-half  (1/2) day per month. For the purpose of this paragraph, a month of employment shall be any month in which the employee has accrued eighty (80) hours of time worked for the Employer.

Note that if employees are regularly scheduled to work 8 hours per day, 5 days a week work schedule their sick time will be earned and paid out at up to 8 hours of pay. If employees are regularly scheduled to work up to 10 hours per day, 4 days a week work schedule their time will be earned and paid out at up to 10 hours pay.

Time paid for but not worked, such as holidays, vacation, paid sick leave, paid bereavement leave and jury duty will be considered as time worked for the purpose of qualifying for sick leave benefits.

**19.2** Each January 1st, beginning January 1, 1973, employees will receive a day's pay for each day of unused sick leave accumulated during the previous calendar year as long as an excess of eighteen (18) days remains in the employee's account.  Any sick leave accrued prior to January 1, 1972, shall not be convertible to cash.

**19.3** Sick leave will be paid commencing with the first (1st) day of any illness.

**19.4** Employees who have accumulated at least six (6) months of employment, upon termination of employment, except for proven dishonesty, shall receive a day's pay for each day of unused

22

sick leave accumulated since January 1, 1972.

19.5 Sick leave pay is payable for days falling within the workweek only.

19.6 Where there is reason to believe or suspect abuse of sick leave, the Employer may require that the employee present a medical certificate signed by the employee's physician verifying the employee's illness, provided that written notification of this requirement is given to the employee in advance.

19.7 Any employee who has sick leave pay to his credit and is drawing Disability, or Worker's Compensation benefits shall be paid the difference between such payments and the employee's straight-time weekly earnings for each week such benefit payments are made. Such sick leave pay shall be charged to the employee's sick leave credit.

19.8 In the event of a disabling injury on the job, the employee shall be entitled to the full day's pay for the day of injury.

19.9 In case of sickness or accident, the employee shall receive their former position upon recovery, provided sickness does not last longer than one (1) year. Employee absent from work due to illness or disability is required to keep Employer advised of approximate date of return to work.

19.10 The Employer shall provide emergency bandages free of charge in each shop to be used in case of accident

## SECTION  20 - MISCELLANEOUS PROVISIONS:

20.1 Company Witness:    If an employee is subpoenaed to testify as a witness in the Employer's behalf, the employee shall be paid for all time lost.

20.2 Bereavement Leave. In the event of a death in the family (father, mother, wife, husband, brother, sister, mother-in-law, father-in-law, son, daughter, grandmother, grandfather, stepchild or grandchild, or registered domestic partner a regular employee shall be entitled to a maximum of three (3) consecutive days off with pay.    The compensable day or days off must fall on the employee's regular scheduled work day.

20.2.1 In the event of the death of a child or spouse only, employees may use up to two (2) days of additional paid leave.

20.3 Employees' Personal Appearance: All employees, as a condition of employment, shall maintain their personal appearance in a clean, presentable and hygienic manner.

20.4 Jury Duty: The Employee shall provide the Employer with

certification of jury duty service and payment. The Employer shall pay the difference between jury duty payment and the employee's regular wage for each day called or served. Upon completion of service on a jury, the employee must apply for the maximum exemption from further service that is allowed by the courts.

**20.5** New employees will be eligible to receive the benefits provided for in this Section after they have completed twenty (20) working days.

**20.6** Proof of service on a jury may be required by the Employer.

20.7 Jury duty shall be applicable only to those employees who successfully complete their probationary period.

**20.8** Bulletin Board: The Employer shall maintain a bulletin board in a prominent and easily accessible location in the plant upon which board the Union shall have the privilege of posting necessary notices pertaining to the conduct of official business of the Union.

### SECTION 21 - DECLARATION OF WAR

**21.1** In the event of a declaration of war by the Congress of the United States, either party may reopen this Agreement upon sixty (60) days written notice and request negotiation of matters dealing with wages and hours. Upon the failure of the parties to agree in such negotiations, either party shall be permitted all lawful economic legal recourse to support their request for revisions. If Governmental approval of revisions should be necessary, all parties will cooperate to the utmost to obtain such approval. The parties agree that the notice provided herein shall be accepted by all parties as compliance with the notice requirements of applicable law, so as to permit economic action at the expiration thereof.

### SECTION 22 - WORK JURISDICTION

**22.1** All work performed by members of Local 896 at the time of the execution of this Agreement shall continue to remain work of members of Local 896. All new work assigned to members of Local 896 in accordance with Section 1, and in accordance with past practice shall continue to remain work of members of Local 896. This Section shall not apply to any incidental work which may be assigned to bargaining unit employees by the Employer.

### SECTION 23 - TRANSFER OF COMPANY TITLE OR INTEREST

**23.1** It is understood that the bargaining relationship of the parties continues in the event of a transfer of a company, title or interest, and this Agreement shall be binding upon the parties hereto, their successors, administrators, executors and assigns

24

to whatever extent provided by law.

23.2 The signatory Employers operating within the jurisdiction of Locals 70, 278, 296, 315, 856 and 896 agree that the disposition of any regular employees displaced or having their seniority rights affected as a direct result of merging operations or the sale or acquisition of another Employer signatory to this same Agreement shall be, upon request of the Union, the subject of negotiations, and if not settled by negotiations shall upon written request of the Union be referred to arbitration for a final and binding decision.

23.3 The Employer agrees to comply with existing laws.

## SECTION 24 - INDIVIDUAL AGREEMENTS

24.1 An employee may not enter into an individual agreement with the Employer in conflict with this Agreement.

## SECTION 25 - CHECK-OFF

25.1 Upon receipt of a written assignment of authorization signed by an employee on an appropriate legally acceptable formfurnished by the Union, the Employer agrees to deduct monthly from the first check of such employee in such calendar month and pay to the Union his/her regular monthly dues and/or fees.

25.2 Remittance of these monies to the Union shall be made once a month prior to the fifteenth (15th) day of the calendar month for which such deductions are made and a list of employees from whom the payment is made with full name, clock # or social security #, shall accompany such payments. If a deduction is not made, the company agrees to deduct the missed payments and forward to the Union the following month.

25.3 Deductions of dues shall in all cases be made from the first (1st) day in each calendar month effective 10-1-06. The Union will furnish a billing each month in time to be inputted for deductions.

25.4 The Union shall indemnify and save the Employer harmless against any and all claims, demands, suits or other forms of liability that shall arise out of our by reason of action taken or not taken by the Employer in reliance upon signed authorization cards furnished to the Employer by the Union or for the purpose of complying with any of the provisions of this Section.

25.5 The Employer agrees to deduct from the paycheck of all employees covered by this Agreement voluntary contributions to DRIVE. DRIVE shall notify the Employer of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any week other than a week in

25

which the employee earned a wage.

The Employer shall transmit to DRIVE Headquarters on a monthly basis, in one check, the amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's Social Security number and the amount deducted from that employees paycheck. DRIVE shall reimburse the Employer annually for the Employer's actual cost for expenses incurred in administrating the weekly payroll deduction plan.

### SECTION   26 - TERM OF AGREEMENT

**26.1** This Agreement shall be in effect from:

**September 01, 2017** to and including **August 31, 2022**

and shall be considered as renewed from year-to-year thereafter, unless either party hereto shall give written notice to the other of their desire to have the same modified and such notice must be given in writing by the parties desiring the Agreement modified at least sixty (60) days prior to the expiration date.

If such notice is not given, then this Agreement is to stand as renewed for the following year.

FOR THE COMPANY:                          FOR THE UNION:

s/Art Hanrehan                            s/Brian Indelicato
On behalf of Shasta Beverages, Inc.       On behalf of Teamsters Local 896

Date:  03.04.19                           Date:  03.04.19

26