**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christopher J. Kondon (SBN 172339)
christopher.kondon@klgates.com
Saman M. Rejali (SBN 274517)
saman.rejali@klgates.com
Jonathan D. Kintzele (SBN 316482)
jonathan.kintzele@klgates.com

Attorneys for Defendants Shasta
Beverages, Inc., National Bevpak, and
National Beverage Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GARCIA, VERONICA CERDA, on behalf of themselves and other similarly situated non-exempt former and current employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA BEVERAGES, INC., NATIONAL BEVPAK, NATIONAL BEVERAGE CORP., and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 2:19-cv-07798-PA-AFM<br><br>**DECLARATION OF ALYSSA GARCIA IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Assigned for all purposes to the Hon. Percy Anderson |

DECLARATION ALYSSA GARCIA

## DECLARATION

I, Alyssa Garcia, declare as follows:

1.      I am over the age of 18, have personal knowledge of the information contained in this declaration and would testify to the same in court.

2.      On February 28, 2020, I met with Chris Kondon, Saman Rejali, and Michael King, attorneys for Defendants Shasta Beverages, Inc., National BevPak, and National Beverage Corp. (collectively, "Defendants"), at the Shasta plant in La Mirada, California.

3.      Prior to our discussion, Mr. Kondon, Ms. Rejali, and Mr. King explained that my participation in the interview was completely voluntary and would have no impact on my employment with National Beverage/Shasta.  They also told me that I did not have to speak with them, that I did not have to answer any questions, and that I could stop the interview at any time.  They also told me that I was not required to give this Declaration, and that I would suffer no retaliation or consequences at work if declined to participate in the discussion or declined to sign a declaration.  With that clear understanding, I agreed to provide this Declaration.

4.      I have been employed at National Beverage/Shasta's La Mirada plant since approximately January 15, 2018.  I currently work in production as a Maintenance Purchaser.  I am paid hourly.

5.      My job duties include, among other things, processing maintenance paperwork and purchasing spare parts.

6.      My shift begins at 5:00 a.m. and ends at 1:30 p.m.

7.      I have been informed that I am entitled to take two rest breaks as part of my ordinary shift.  I typically choose not to take rest breaks because I don't feel that I need them.  If I wanted to take rest breaks, I could.  I have never been pressured about, discouraged from or prevented from taking a rest break by a National Beverage/Shasta manager or supervisor.

8.      I generally take a half-hour uninterrupted meal break every day.

1
DECLARATION OF ALYSSA GARCIA

9.    I have never been pressured about, discouraged from or prevented from taking a 30 minute uninterrupted meal break by a National Beverage/Shasta manager or supervisor.

10.    I sometimes work overtime.  When I have worked overtime, I have checked my pay records and found that I have been paid one and a half times my hourly rate.

11.    I have generally reviewed my pay records during my employment.  I have not found any instance where I was not paid for all of the hours that I have worked, nor have I found any instance in which my pay or work record was altered so that I would not receive all of the pay I had earned.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of March 2020 in La Mirada, California.

_____
Alyssa Garcia

2
DECLARATION OF ALYSSA GARCIA