UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-7798 PA (AFMx) | Date | June 19, 2020 |
|---|---|---|---|
| Title | Amber Garcia, et al., v. Shasta Beverages Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-TEL | Anne Kielwasser-TEL |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Daniel Stevens-TEL<br>Heather McMillan-TEL<br>Michael Berry-TEL | Christopher Kondon-TEL<br>Jonathan Kintzele-TEL<br>Saman Rejali-TEL |

**Proceedings:** FINAL PRETRIAL CONFERENCE (TELEPHONIC)

Cause called; appearances made. Court and counsel confer regarding the status of the case.

The pretrial conference is continued to June 26, 2020, at 1:30 p.m., to be held telephonically.

IT IS SO ORDERED.

|  | : | 23 |
|---|---|---|
|  | Initials of Preparer | TJ |