UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-07798-JWH (AFMx) | Date | October 30, 2020 |
| Title | *Amber Garcia; et al. v. Shasta Beverages, Inc., et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Laura Elias |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Daniel P. Stevens | Christopher J. Kondon |
| Heather K. McMillan | Saman M. Rejali |

**Proceedings:    VIDEO HEARING RE:  STATUS CONFERENCE**

Counsel state their appearances.  The Court confers with counsel regarding the status of the case.  The Court will set another status conference after a ruling is issued on Plaintiff's anticipated Renewed Motion for Class Certification/Motion for Reconsideration.

**IT IS SO ORDERED.**

Time:  <u>00:13</u>
Initials of Preparer: iv