Daniel P. Stevens (SBN 164277)
*ken@scmclaw.com*
Heather McMillan (SBN 188939)
*heather@scmclaw.com*
STEVENS & McMILLAN
335 Centennial Way
Tustin, CA 92780
Tel.: (714) 730-1000
Fax: (714) 730-1067

Attorneys for Representative Plaintiff
AMBER GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GARCIA, on behalf of herself and other similarly situated non-exempt former and current employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA BEVERAGES, INC., NATIONAL BEVPAK, NATIONAL BEVERAGE CORP. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07798 JWH-AFM<br><br>(LASC Case No.: 19STCV26045)<br><br>District Judge: Hon. John W. Holcomb<br><br>Action Filed:  July 26, 2019<br>Action Removed: September 9, 2019<br><br>**CLASS ACTION**<br><br>**NOTICE OF RENEWED MOTION FOR CLASS CERTIFICATION AND REQUEST TO REOPEN DISCOVERY TO CONDUCT CLASS DISCOVERY**<br><br>[Filed concurrently with:<br>Motion for Class Certification and Request to Reopen Discovery;<br>Declaration of Daniel P. Stevens;<br>Declaration of Amber Garcia;<br>Proposed Order]<br><br>Hearing Date:  12/04/2020<br>Hearing Time:  9:00 AM<br>Department:  2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Friday, December 4, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable John W. Holcomb, in Courtroom 2 of the United States District Court, Central District of California, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th Street, Riverside, CA 92501, Plaintiff by and through her attorneys of record will move this Court pursuant to Federal Rule of Civil Procedure 23 for an order:

1. Determining that a class action is proper on the grounds that: (1) the class is ascertainable and sufficiently numerous, (2) common questions of law and fact predominate over individual issues, (3) the class representatives' claims are typical of the class, (4) the class representative will adequately represent the interests of the class, (5) class treatment is superior.

The Plaintiff further requests that the Court certify a Class comprised of and defined as:

All current and former hourly employees and/or non exempt employees who performed work for any or all of the defendants at either the La Mirada or Buena Park facilities during the time period of July 26, 2015, to the present.

The Plaintiffs further requests that the court certify the following subclasses:

**A.     Second Meal Period Subclass** of all class members who were not authorized or permitted a second uninterrupted 30 minute meal period each time they worked over ten hours in a work shift and were not paid a premium in lieu thereof;

**B.     Unpaid Wage Subclass** of all class members who had an automatic thirty minute deduction from their time card and suffered a wage loss because they worked some or all of the time that was automatically deducted from their time card;

**C.     Unpaid Overtime Subclass** of all class members who had an automatic thirty minute deduction from their time card and suffered a wage loss, that

would have been paid at an overtime rate had the deduction not been made, because they worked some or all of the time that was automatically deducted from their time card;

   **D.** **Wage Statement Subclass** of all class members who received an inaccurate wage statement during the class period.

   **E.** **Failure to Pay Premiums Subclass** of all class members who suffered damage as a result of the defendant's policy not to pay premiums for missed meals and missed breaks.

   **F.** **Unfair Competition Subclass** of all employees from Subclasses A, B, C, D or E who suffered damage as a result of any of those specific claims.

   **G.** **Terminated Employee Wait Time Penalty Subclass** of all employees from Subclasses B or C who suffered damages as a result of any of those specific claims and as a result of that were not properly paid all wages on termination or within 72 hours thereof.

  2. Reopening discovery so that discovery can be conducted on class issues.

  Plaintiffs' motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Daniel P. Stevens and Amber Garcia in Support, as well as all pleadings previously submitted, the oral argument of counsel, and any other matters the Court may consider.

  This motion is made following the Parties' conference of counsel pursuant to Local Rule 7-3, which took place on October 28, 2020.

        STEVENS & McMILLAN

Dated: November 6, 2020  By: */s/ Daniel P. Stevens*
          DANIEL P. STEVENS
          HEATHER K. McMILLAN
          Attorneys for Representative Plaintiff
          AMBER GARCIA

# CERTIFICATE OF SERVICE

*Amber Garcia v. Shasta Beverages, Inc., et al.*

2:19-cv-07798 JWH-AFM

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I caused to be electronically filed the following document(s) described as: **NOTICE OF RENEWED MOTION FOR CLASS CERTIFICATION AND REQUEST TO REOPEN DISCOVERY TO CONDUCT CLASS DISCOVERY** addressed to the persons and addresses as stated below:

[X]   **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case listed below

> Christopher J. Kondon
> Saman M. Rejali
> Jonathan D. Kintzele
> K&L GATES LLP
> 10100 Santa Monica Blvd., 8th Fl.
> Los Angeles, CA 90067
> *christopher.kondon@klgates.com*
> *saman.rejali@klgates.com*
> *Jonathan.kintzele@klgates.com*
> TEL: 310-552-5000
> FAX: 310-552-5001
>
> <u>*Attorneys for Defendant*</u>

[X]   [Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2020 at Tustin, California.

<u>*/s/ Ken Ho*</u>
Ken Ho