Daniel P. Stevens (SBN 164277)
ken@scmclaw.com
Heather McMillan (SBN 188939)
heather@scmclaw.com
STEVENS & McMILLAN
335 Centennial Way
Tustin, CA 92780
Tel.:   (714) 730-1000
Fax:   (714) 730-1067

Attorneys for Representative Plaintiff
AMBER GARCIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GARCIA, on behalf of herself and other similarly situated non-exempt former and current employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA BEVERAGES, INC., NATIONAL BEVPAK, NATIONAL BEVERAGE CORP. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07798 JWH-AFM<br><br>(LASC Case No.: 19STCV26045)<br><br>District Judge: Hon. John W. Holcomb<br><br>Action Filed:       July 26, 2019<br>Action Removed:   September 9, 2019<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION AND TO REOPEN DISCOVERY TO CONDUCT CLASS DISCOVERY**<br><br>[Filed concurrently with:<br>Notice of Motion;<br>Motion for Class Certification and Request to Reopen Discovery;<br>Declaration of Daniel P. Stevens;<br>Declaration of Amber Garcia]<br><br>Hearing Date:     12/04/2020<br>Hearing Time:     9:00 AM<br>Department:       2 |

**[PROPOSED] ORDER**

Plaintiff Amber Garcia's ("Plaintiff's) Renewed Motion for Class Certification and to Reopen Discovery to Conduct Discovery on Class Issues came regularly for hearing before this Court on Friday, December 4, 2020 at 9:00 a.m. in Courtroom 2 of the above-entitled Court, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th Street, Riverside, CA 92501.

The Court, having considered all papers and pleadings on file herein, the arguments of counsel, and the entire record in this action, and for good cause shown, HEREBY ORDERS as follows:

1.      Plaintiff's Renewed Motion for Class Certification is GRANTED in full. The Court certifies the following class:

**All current and former hourly employees and/or non exempt employees who performed work for any or all of the defendants at either the La Mirada or Buena Park facilities during the time period of July 26, 2015, to the present.**

The Court further certifies the following Subclasses:

A. **Second Meal Period Subclass** of all class members who were not authorized or permitted a second uninterrupted 30 minute meal period each time they worked over ten hours in a work shift and were not paid a premium in lieu thereof;

B. **Unpaid Wage Subclass** of all class members who had an automatic thirty minute deduction from their time card and suffered a wage loss because they worked some or all of the time that was automatically deducted from their time card;

C. **Unpaid Overtime Subclass** of all class members who had an automatic thirty minute deduction from their time card and suffered a wage loss, that would have been paid at an overtime rate had the deduction not been made, because

they worked some or all of the time that was automatically deducted from their time card;

      **D.**    **Wage Statement Subclass** of all class members who received an inaccurate wage statement during the class period.

      **E.**    **Failure to Pay Premiums Subclass** of all class members who suffered damage as a result of the defendant's policy not to pay premiums for missed meals and missed breaks.

      **F.**    **Unfair Competition Subclass** of all employees from Subclasses A, B, C, D or E who suffered damage as a result of any of those specific claims.

      **G.**    **Terminated Employee Wait Time Penalty Subclass** of all employees from Subclasses B or C who suffered damages as a result of any of those specific claims and as a result of that were not properly paid all wages on termination or within 72 hours thereof.

Certification of the Class and Subclasses is appropriate pursuant to Federal Rule of Civil Procedure 23 because:

    a)    The Class and Subclasses are each sufficiently numerous that joinder of all members is impracticable;

    b)    There exists an ascertainable Class and Subclasses;

    c)    There are questions of law and fact common to members of the Class and Subclasses;

    d)    Common questions of law and fact predominate over questions affecting only individual members;

    e)    The Class Representative has claims typical of the Class and Subclasses;

    f)    The Class Representative and Class Counsel will fairly and adequately represent the Class and Subclasses;

    g)    A class action is superior to other methods available for the fair and efficient adjudication of the controversy; and

h)      This action is manageable as a class action.

2.      Reopening discovery so that discovery can be conducted on class issues is granted.

IT IS FURTHER ORDERED that Plaintiff Amber Garcia is appointed as Class Representative.  Daniel P. Stevens and the law firm of Stevens & McMillan are appointed as Class Counsel.

**IT IS SO ORDERED.**

Dated: _____, 2020

By:_____
        Honorable John W. Holcomb
        United States District Judge

[PROPOSED] ORDER

2:19-cv-07798 JWH-AFM

# CERTIFICATE OF SERVICE

*Amber Garcia v. Shasta Beverages, Inc., et al.*

2:19-cv-07798 JWH-AFM

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I caused to be electronically filed the following document(s) described as: **[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION AND TO REOPEN DISCOVERY TO CONDUCT CLASS DISCOVERY** addressed to the persons and addresses as stated below:

[X]     **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case listed below

> Christopher J. Kondon
> Saman M. Rejali
> Jonathan D. Kintzele
> K&L GATES LLP
> 10100 Santa Monica Blvd., 8th Fl.
> Los Angeles, CA 90067
> *christopher.kondon@klgates.com*
> *saman.rejali@klgates.com*
> *Jonathan.kintzele@klgates.com*
> TEL: 310-552-5000
> FAX: 310-552-5001

> *Attorneys for Defendant*

[X]     [Federal]     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2020 at Tustin, California.

_____
*/s/ Ken Ho*
Ken Ho