Christopher J. Kondon (SBN 172339)
*Christopher.kondon@klgates.com*
Saman M. Rejali (SBN 274517)
*Saman.rejali@klgates.com*
Gabriel M. Huey (SBN 291608)
Gabriel.huey@klgates.com
Vanuhi Karapetian
*Vannie.karapetian@klgates.cm*
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
T: (310) 552-5000; F: (310) 552-5001

Attorneys for Defendants
SHASTA BEVERAGES, INC.,
NATIONAL BEVPAK, and
NATIONAL BEVERAGE CORP.

Heather K. McMillan (SBN 188939)
*heather@scmlaw.com*
Daniel P. Stevens (SBN 164277)
*ken@scmclaw.com*
Christopher E. Gavriliuc (SBN 324599)
*chris@scmclaw.com*
STEVENS & McMILLAN
335 Centennial way
Tustin, California 92780
T: (714) 730-1000; F: (714) 730-1067

Attorneys for Plaintiff
AMBER GARCIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GARCIA, on behalf of herself and other similarly situated non-exempt former and current employees,<br><br>Plaintiff,<br><br>vs.<br><br>SHASTA BEVERAGES, INC., NATIONAL BEVPAK, NATIONAL BEVERAGE CORP., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-CV-07798-JWH-AFM<br><br>ASSIGNED TO:<br>DISTRICT JUDGE: HON. JOHN W. HOLCOMB<br>MAG:    HON. ALEXANDER McKINNON<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:    July 26, 2019<br>Removed:    September 9, 2019 |

1

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

312906409.1

Plaintiff AMBER GARCIA and Defendants SHASTA BEVERAGES, INC., NATIONAL BEVPAK, and NATIONAL BEVERAGE CORP, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree that pursuant to the parties' Settlement Agreement all of the claims in the above-captioned action are hereby settled and dismissed with prejudice. The parties agree to allocate costs and attorney's fees as set forth in the Settlement Agreement.

Because this stipulation is signed by all parties who have appeared, this action is not a class action under Fed. R. Civ. P. 23, nor a derivative action under Fed. R. Civ. P. 23.1, an action relating to an unincorporated association under Fed. R. Civ. P. 23.2, or an action involving a receiver under Fed. R. Civ. P. 66, no Court order is necessary to effectuate dismissal. *See* Fed. R. Civ. P. 41(a)(1)(ii) ("Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: … (ii) a stipulation of dismissal signed by all parties who have appeared.").

**FILER'S ATTESTATION**

Pursuant to Central District Local Rule 5-4.3.4, the undersigned attests that the parties have concurred in the filing of this Joint Stipulation to Dismiss Entire Action with Prejudice.

2

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

312906409.1

**K&L GATES LLP**

Dated: July 15, 2022                    By:  */s/ Vanuhi Karapetian*
                                                  Christopher J. Kondon
                                                  Saman M. Rejali
                                                  Gabriel M. Huey
                                                  Vanuhi Karapetian

                                                  Attorneys for Attorneys for Defendants
                                                  SHASTA BEVERAGES, INC.,
                                                  NATIONAL BEVPAK, And
                                                  NATIONAL BEVERAGE CORP

**STEVENS & McMILLAN**

Dated:  July 15, 2022                   By:  */s/ Christopher E. Gavriliuc*
                                                  Heather K. McMillan
                                                  Christopher E. Gavriliuc

                                                  Attorneys for Plaintiff AMBER
                                                  GARCIA

3

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

312906409.1

**CERTIFICATE OF SERVICE**
*Amber Garcia v. Shasta Beverages, Inc., et al.*
USDC Case No. 2:19-CV-07798-JWH-AFM

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California; my business address is 10100 Santa Monica, Blvd., Los Angeles, CA 90067.

On the date set forth below, I served on all interested parties in this action the foregoing document described as: **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** as stated below:

Heather K. McMillan (SBN 188939)
*heather@scmlaw.com*
Daniel P. Stevens (SBN 164277)
*ken@scmclaw.com*
Christopher E. Gavriliuc (SBN 324599)
*chris@scmclaw.com*
STEVENS & McMILLAN
335 Centennial way
Tustin, California 92780
T: (714) 730-1000; F: (714) 730-1067

Attorneys for Plaintiff
AMBER GARCIA

***Attorneys for Plaintiff Amber Garcia***

[X]    **BY CM/ECF:**  With the Clerk of the United States District Court of California using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

[X]    I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2022 in Los Angeles, California.

/s/ *Vanuhi Karapetian*
Vanuhi Karapetian

4
**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

312906409.1